Exhibit 20

| | |
|---|---|
| **From:** | Laura Leech <inmail-hit-reply@linkedin.com> |
| **Sent:** | Wednesday, February 6, 2019 7:40 PM |
| **To:** | Rodrigo Kede Lima |
| **Subject:** | Microsoft leadership role |

Hi Rodrigo,

Hope you are well. By way of introduction, I am an Executive Recruiter at Microsoft. Our team is well aware of you and your strong reputation. We are excited to learn more about you and your capabilities. We have one specific role that we think would interest you with leadership visibility. Additionally, I partner closely with our executives to identify leaders such as yourself for the purpose of making introductions that may lead to networking conversations ideal for sharing ideas and learnings in the industry.

If you are open to a brief introductory meeting next week or the following week, please let me know.

Thanks,
Laura

Laura Leech
Global Executive Talent Acquisition



View Laura's LinkedIn profile

 TIP  You can respond to Laura by replying to this email

You are receiving InMail notification emails. **Unsubscribe**
This email was intended for Rodrigo Kede Lima (General Manager - IBM Global Technology Services - North America at IBM). **Learn why we included this.**

If you need assistance or have questions, please contact **LinkedIn Customer Service**.

© 2019, LinkedIn Corporation. 1000 West Maude Avenue, Sunnyvale, CA 94085, USA



PRELIMINARY INJUNCTION
HEARING
**JX-10**
7:20-cv-04573

1

LIMA_000000204