# Exhibit 21

| | |
|---|---|
| **From:** | Laura Leech <Laura.Leech@microsoft.com> on behalf of Laura Leech <Laura.Leech@microsoft.com> |
| **To:** | Rodrigo Kede Lima |
| **CC:** | Vera Andrews (DIGITAL INTELLIGENCE SYSTEMS,) |
| **Sent:** | 2/27/2019 7:41:55 PM |
| **Subject:** | Interview - 2/28 with Kate Johnson |

Hi Rodrigo,

Thank you for your resume. I look forward to our conversation this evening, at 7 PM ET with my recruiting colleague, Cathy Domeck. We have confirmed you will be speaking with Kate Johnson tomorrow, the 28th at 7 PM ET as well. She will call your cell. As part of our process, we will need you to complete a Non Disclosure Agreement. My colleague, Vera Andrews, on cc will help send you the document. I can explain more during our call this evening.

Thank you,
Laura

Laura Leech
Executive Recruiter | Global Executive Talent Acquisition
206.795.4195 | laura.leech@microsoft.com | LinkedIn

Microsoft



PRELIMINARY INJUNCTION HEARING
**JX-16**
7:20-cv-04573

LIMA_000000215