# Exhibit 22

| | |
|---|---|
| From: | Vera Andrews (DIGITAL INTELLIGENCE SYSTEMS) <v-veandr@microsoft.com> on behalf of Vera Andrews (DIGITAL INTELLIGENCE SYSTEMS) <v-veandr@microsoft.com> |
| To: | Rodrigo Kede Lima |
| CC: | Laura Leech; Vera Andrews (DIGITAL INTELLIGENCE SYSTEMS) |
| Sent: | 5/2/2019 8:52:18 PM |
| Subject: | Confirming June 13-14 Trip to Redmond & Need your Travel Preferences! |

Hi Rodrigo,

Good news!  I have your meetings confirmed and we're looking forward to seeing you on June 13th and 14th!  Please mark your calendar. J  I'm waiting to hear from 1 additional person to set up a viedo conference with you, and will confirm that with you separately.  The schedule is below for your information.

| May 17th | | | |
|---|---|---|---|
| Start | Length | Interviewer | Location |
| 8:30 AM EST | 60 | Sue Bevington<br>CVP, HR | NYC – Westin Times Square Meet in restaurant for coffee |
| June 13th | | | |
| Start | Length | Interviewer | Location |
| 10:00 AM | 45 | Kate Johnson<br>President, MSUS | LSq/27312 |
| 11:15 AM | 45 | Chris Weber<br>CVP, Small, Medium & Corporate | 122/1480 |
| 1:00 PM | 45 | Judson Althoff<br>EVP, WW Commercial Business | 34/5808 |
| 2:00 PM | 30 | Satya Nadella<br>CEO | 34/5320 |
| June 14th | | | |
| Start | Length | Interviewer | Location |
| 1:15 PM | 45 | Scott Guthrie<br>EVP, Cloud & Enterprise | 17/2C00 |

If you could let me know your travel preferences below, I'll pass them along to our travel team so they can create an itinerary for you.  Once that is finalized I'll be sending over a comprehensive email with all the details of your trip, including bios of everyone you'll meet.

Legal Name on Passport/ID:
*If passport, origin & expiration date:*
Birthdate & Year (Required by FAA):
Departure City/Airport:
Departure Date:
Departure Time:
Preferred Airline:
Return Date:
Return Time:
Special Requests (Aisle or Window Seat/Dietary Preferences):
Frequent Flier #:
CLEAR or TSA Traveller # (if applicable):
Phone #:

Hotel: You have a few options and they are all great but in different locations and the same distance from campus:

PRELIMINARY INJUNCTION HEARING
**JX-31**
7:20-cv-04573

LIMA_000000306

1. **Woodmark Hotel** – Located on the shores of Lake Washington this small, boutique hotel has an elegantly nautical and serene atmosphere.  Take a lakeside stroll into downtown Kirkland, which offers art, dining, and boutique shopping.  Or take a 2 hour ride on the Woodmark II (*the hotel's vintage Chris Craft*) to see the local sites from the water.  You can sample the Pacific Northwest's recreational options with kayak rentals, paddleboard rentals and more!  The Beach Café and Bin on the Lake offer both casual and elegant fare.  And the on-site spa will help you relax at the end of a busy day.
   http://www.thewoodmark.com/

2. **Westin Bellevue** – Located right in the heart of downtown Bellevue.  Steps away from the "Bellevue Collection" – 250 stores and over 45 restaurants & lounges all connected by skybridges.  Check out a Microsoft Retail Store in Bellevue Square – across the street.  Fitness Center with views of downtown Bellevue and Mt Rainier.  Indoor, heated 25-meter lap pool and True Spa are all located on-site.
   http://www.westinbellevuehotel.com

3. **Hyatt Regency Bellevue** – Located in downtown Bellevue and part of the "Bellevue Collection".  Dining options from fine dining to hip local restaurants.  This property features a 24-hour Fitness Center and Heated 25 meter lap pool.  http://bellevue.hyatt.com

Car: We normally have a car & driver take care of your transportation unless you prefer a rental car.

Warmly,
Vera


# Vera Andrews

Executive Recruiting Associate | DISYS - Supporting Microsoft Global Executive Talent Acquisition
Office (425) 421-8918 | v-veandr@microsoft.com



LIMA_000000307