# Exhibit 23

| | |
|---|---|
| **From:** | Rodrigo Kede Lima <rodrigo.kede@globo.com> on behalf of Rodrigo Kede Lima <rodrigo.kede@globo.com> |
| **To:** | Laura Leech |
| **Sent:** | 6/2/2019 3:27:43 AM |
| **Subject:** | Re: Interview schedule |

Laura,
On the 2 questions
I kindly request that the response below is only shared with the ones I will meet / interview

1. Why are you willing to listen to Microsoft regarding this opportunity?                    I believe that first it is important to say that the decision to leave IBM comes before a decision to go anywhere.  I also consider the company core values and my values / integrity are hurt today and I disagree with the culture and the direction the companyis going - reason sfor my decision. I have been on a journey to change the company but I don't feel that I can drive the change the company needs under current leadership. I initially made a decision would not go to any competitor but after I got a call from MSFT it created desire to continue the conversation. At the same time I have to say it is uncomfortable I do believe that I have to right to consider it given the admiration I have for MSFT history,  current culture , some great leaders and strategic direction the company is going.
2. What do you want to hear?                                                         I would like to hear how leadership sees the importance of a) Culture  b) Learning c) the importance of being a B2B and B2C company d) connection between all company portfolio od solutions: why be in games, CRM, Cloud, Collaboration tools, role of the stores etc...  I would also like to understand where / who they believe the company will be 5 and 10 yrs from now.... What will be the expectation of someone with my profile coming to MSFT : short, mid, long term.... which are the mega trends / big bets for MSFT ( healthcare, banking, IoT etc...) and why

I know some of the points are easier discussed than written and some questions are too generic but I tried to just lay out what is on my mind...

Rodrigo Kede Lima
+ 1 914 260 8971
------------------------
Sent from my iPad

On 31 May 2019, at 18:58, Laura Leech <Laura.Leech@microsoft.com> wrote:


The two questions – that I would welcome your input:


1. Why are you willing to listen to Microsoft regarding this opportunity?
2. What do you want to hear?



PRELIMINARY INJUNCTION HEARING
JX-40
7:20-cv-04573

LIMA_000000404