# Exhibit 24

| | |
|---|---|
| From: | Rodrigo Kede Lima <rodrigo.kede@globo.com> on behalf of Rodrigo Kede Lima <rodrigo.kede@globo.com> |
| To: | Laura.Leech@microsoft.com |
| Sent: | 9/9/2019 10:30:45 AM |
| Subject: | Fwd: checking |

sorry
used my IBM email
pls use the other one at @globo.com
this one

Rodrigo Kede Lima
rodrigok@ibm.com
+1 914 260 8971
@rodrigokede
ibm.com/services
—

Begin forwarded message:

**From:** "Rodrigo Kede Lima" <rodrigok@ibm.com>
**Date:** September 9, 2019 at 6:28:53 AM EDT
**To:** Laura.Leech@microsoft.com
**Subject: checking**

Hi Laura

Hope all is well and you were able to take some time off !

Just checking in to understand if the process is still going...or not / if I should expect any future discussions.

Thanks

Rodrigo Kede Lima
rodrigok@ibm.com
+1 914 260 8971
@rodrigokede
ibm.com/services
—



LIMA_000000638