# Exhibit 25

| | |
|---|---|
| **From:** | Laura Leech <Laura.Leech@microsoft.com> on behalf of Laura Leech <Laura.Leech@microsoft.com> |
| **To:** | Rodrigo Kede Lima |
| **Sent:** | 3/27/2020 4:48:41 PM |
| **Subject:** | RE: [EXTERNAL] Re: Catching up |

Perfect, will call you ate 2:30 ET!

Laura Leech
Senior Executive Recruiter | Global Executive Talent Acquisition
206.599.9454 | laura.leech@microsoft.com | LinkedIn

Microsoft

**From:** Rodrigo Kede Lima <rodrigo.kede@globo.com>
**Sent:** Friday, March 27, 2020 9:37 AM
**To:** Laura Leech <Laura.Leech@microsoft.com>
**Subject:** [EXTERNAL] Re: Catching up

Hi forgot to mention - all NY Time...

Rodrigo Kede Lima
+1 914 260 8971
—

On Mar 27, 2020, at 12:19 PM, Rodrigo Kede Lima - Globo Mail <rodrigo.kede@globo.com> wrote:

Hi Laura

Hope all is well and safe for you and family.
We are fine and healthy. We 99% of the time at home… trying to help the local community where possible.

I am available most o the afternoon
2:00 - 3:30 pm and from 4:15 pm on

Just text me or call me directly.

Stay Safe !

On Mar 27, 2020, at 11:51 AM, Laura Leech <Laura.Leech@microsoft.com> wrote:

Hi Rodrigo,

Hope you are faring ok given the situation. Thinking of you of your family. Would you have time to connect today?

Kind regards,
Laura

Laura Leech
Senior Executive Recruiter | Global Executive Talent Acquisition
206.599.9454 | laura.leech@microsoft.com | LinkedIn



PRELIMINARY INJUNCTION HEARING
**JX-139**
7:20-cv-04573

LIMA_000000647

LIMA_000000648