# Exhibit 26

| | |
|---|---|
| **From:** | Rodrigo Kede Lima <rodrigo.kede@globo.com> on behalf of Rodrigo Kede Lima <rodrigo.kede@globo.com> |
| **To:** | Laura Leech |
| **Sent:** | 3/30/2020 8:33:06 PM |
| **Subject:** | Re: [EXTERNAL] Re: non-compete |

Ok
Tks

Rodrigo Kede Lima
+1 914 260 8971
—

On Mar 30, 2020, at 2:24 PM, Laura Leech <Laura.Leech@microsoft.com> wrote:


Great, lets do 6 PM ET/ 3 PM PT Wednesday, the 1st. Thank you!

Laura Leech
Senior Executive Recruiter | Global Executive Talent Acquisition
206.599.9454 | laura.leech@microsoft.com | LinkedIn
<image002.png>



**From:** Rodrigo Kede Lima - Globo Mail <rodrigo.kede@globo.com>
**Sent:** Monday, March 30, 2020 11:20 AM
**To:** Laura Leech <Laura.Leech@microsoft.com>
**Subject:** [EXTERNAL] Re: non-compete

Hi Laura,
Hope all is well
It was a good "locked" weekend … still trying to adjust :-)

@ JP : Next couple weeks is fine - just give me a few options and I will try to adjust to one ….

I can connect this week too if you want to talk. Usually end of day / evening is better as I am a few hours ahead but if you prefer just text me during the day later this week and we find time ….

Thanks



On Mar 30, 2020, at 12:03 PM, Laura Leech <Laura.Leech@microsoft.com> wrote:

Hi Rodrigo,

Hope you had a nice weekend, considering the 'new normal.' We would like to set up time for you and JP to have a call, would that work for you in the next couple of weeks?

Would you have a few minutes to connect this week?

PRELIMINARY INJUNCTION HEARING
JX-145
7:20-cv-04573

LIMA_000000652

Many Thanks!
Laura

Laura Leech
Senior Executive Recruiter | Global Executive Talent Acquisition
206.599.9454 | laura.leech@microsoft.com | LinkedIn
<image001.png>

LIMA_000000653