# Exhibit 34

| | |
|---|---|
| **From:** | Stijn Nauwelaerts <stijnna@microsoft.com> |
| **To:** | Kathleen Hogan <khogan@microsoft.com> |
| **CC:** | Jean-Philippe Courtois <jeanc@microsoft.com> |
| **Sent:** | 6/2/2020 6:59:32 PM |
| **Subject:** |  |



As you know, we hired Rodrigo Kede Lima as a "hire-ahead" for bigger roles in the MSUS subsidiary or elsewhere in our organization.  Landing him in LATAM allows us to avoid the non-compete situation, and to get him grounded into the MSFT operations right away.

- ▮ had a good first conversation with Rodrigo but felt uncomfortable to have the discussion with him on how long he was planning to stay in LATAM, which is very fair.



Please do let us know if there is anything else we can do to prep for the conversation tomorrow.  Thanks again for your help!

Stijn



PRELIMINARY INJUNCTION HEARING
**JX-230**
7:20-cv-04573

MSFT_000000198