# Exhibit 35

| | |
|---|---|
| From: | rodrigo.kede@hotmail.com |
| To: | Jean-Philippe Courtois; One Commercial LT |
| Sent: | 6/22/2020 3:23:12 PM |
| Subject: | Re: Confidential heads-up: leadership changes in LATAM |
| Importance: | Low |

Dear Team,

I am very excited with the opportunity to join Microsoft and lead LATAM business. I have been following the company's transformation very close and I've always admired its culture that has D&I and obsession for innovation to customers as key pillars and its core values such as integrity, respect and accountability. There are all values and beliefs that I share and believe in.

The mission to empower every person and every organization on the planet to achieve more resonates a lot with me and I feel really proud of joining a driven and passionate team.

When I think about how fast everything will change because of technology, all industries and professions will be reimagined because of AI, Cloud, Blockchain, Quantum and IoT, among other things, there is an amazing opportunity to write history. I really believe technology and people can make the world a better place and I look forward to be part of this team.

I will be a dedicated learner and a listener; will work hard to help our teams and our customers and partners and also ensure we have a fun environment to work.

Best,
Rodrigo

---

**From:** Jean-Philippe Courtois <jeanc@microsoft.com>
**Date:** Monday, June 22, 2020 at 11:14 AM
**To:** One Commercial LT <onecommlt@microsoft.com>
**Cc:** "rodrigo.kede@hotmail.com" <rodrigo.kede@hotmail.com>
**Subject:** Confidential heads-up: leadership changes in LATAM



PRELIMINARY INJUNCTION HEARING
JX-256
7:20-cv-04573

Dear Team,

I am delighted to announce that **Rodrigo Kede Lima** will join us as the CVP of Microsoft, Latin America, at a date to be announced shortly.

We have been speaking with Rodrigo for some time and are happy that we now have the right opportunity for him to join the team. An empathetic leader, with a deep understanding of what Digital Transformation means for our customers, Rodrigo joins us from IBM, where he has held multiple national and international roles working across the US, LATAM and Asia.

Rodrigo started his IBM career in Corporate Finance, then ran the Services Division in LATAM, became President of IBM Brazil and then led the IBMs Global Sales Transformation. After a period at the Brazilian company TOTVS, he re-joined IBM as President of LATAM and then moved to the US to lead IBMs Global Technology Business in the US. Most recently, he was the General Manager of IBM's Global Integrated Accounts team.
Rodrigo is also a board member of Suzano Pulp and Paper (SUZ – Nasdaq, SUZ3 – São Paulo) and heads its Innovation and Strategy Committee. He sits on the Advisory Board of Fundação Dom Cabral Business School. He was previously Chairman of the Financial Executives Institute in Brazil and a member of the America Chamber

of Commerce.

Passionate about what technology can do to empower people, Rodrigo holds a degree in Mechanical Engineering from the Pontifícia Universidade Católica do Rio de Janeiro; an MBA in Finance/Capital Markets from the INSPER Institute in São Paulo and also graduated from Harvard Business School, AMP Class 192.

Married to Cynthia, they have two children, Joao and Gabriel. In his spare time Rodrigo enjoys surfing and playing guitar.

In addition, I am very happy to announce that we are appointing **Mariana Castro** as VP sales, Marketing & Operations LATAM. Mariana is replacing **Paula Bellizia**, who has decided to pursue an opportunity externally. While we are sad to see Paula leave, after all she has done for the company, it is great to be able to appoint such a talented person as Mariana to this key regional role.

Many of you will already know Mariana, who is our Customer Success Leader in LATAM. Someone who daily lives our values, she has a deep understanding our business, culture and people across the region and is recognized for her coach-like management. Prior to rejoining LATAM, Mariana was our Marketing and Operations leader in MS Japan, where she played a pivotal role in the sales culture transformation of the subsidiary. I am excited about what she will bring to the role and to LATAM.

I do want to close by thanking Cesar again for his great leadership during all those years, and for his outstanding work during this transition.

I'm very grateful to be able to count on a strong LATAM LT and I have no doubt that each one of our leaders will welcome and help to onboard Rodrigo, support Mariana in her new assignment and as a team will bring its very best game to close Q4 strong and enter FY21 with passion and determination.

Please join me in welcoming Rodrigo to our team!

jp

LIMA_000000825