# Exhibit 37

| | |
|---|---|
| **From:** | Hugo Saldana <hus@microsoft.com> on behalf of Hugo Saldana <hus@microsoft.com> |
| **To:** | rodrigo.kede@hotmail.com |
| **Sent:** | 6/22/2020 4:24:13 PM |
| **Subject:** | Leadership changes in LATAM |

Hi!!!

Before anything, I trust your loved ones and you remain OK during these complex times.

I want to welcome you to this great organization. I was a banker for 20+ years, then consultant and I just met my 3 years tenure here at Microsoft. It´s been more than fun and an ever continued learning experience.

I´m part of the Financial Global Accounts based in USA organization (Citi, BofA, JMPC, etc). Given the global coverage of our customers, we are a group of people deployed across the globe. I´m based in Mexico.

Before your agenda is completely overbooked (if not already), I would like to review the possibility of having a chat, synch and share perspectives.

Thank you for your attention.

Being sure that you will deliver success across the region,

Saludos

Hugo

**From:** Jean-Philippe Courtois <jeanc@microsoft.com>
**Sent:** Monday, June 22, 2020 10:43 AM
**To:** GSMO All FTE <GSMO_All_FTE@microsoft.com>; GSMO All Extended FTE <GSMO_All_Ext_FTE@microsoft.com>
**Cc:** rodrigo.kede@hotmail.com
**Subject:** Leadership changes in LATAM

Team,

I hope you and your beloved ones are safe and well.

I am delighted to announce that Rodrigo Kede Lima will join us as the CVP of Microsoft, Latin America, at a date to be announced shortly.

An empathetic leader, with a deep understanding of what Digital Transformation means for our customers, Rodrigo joins us from IBM, where he has held multiple national and international roles working across the US, LATAM and Asia.

Rodrigo started his IBM career in Corporate Finance, then ran the Services Division in LATAM, became President of IBM Brazil and then led the IBMs Global Sales Transformation. After a period at the Brazilian company TOTVS, he re-joined IBM as President of LATAM and then moved to the US to lead IBMs Global Technology Business in the US. Most recently, he was the General Manager of IBM's Global Integrated Accounts team.
Rodrigo is also a board member of Suzano Pulp and Paper (SUZ – Nasdaq, SUZ3 – São Paulo) and heads its Innovation and Strategy Committee.  He sits on the Advisory Board of Fundação Dom Cabral Business School.

PRELIMINARY INJUNCTION HEARING
**JX-259**
7:20-cv-04573

LIMA_000000839

He was previously Chairman of the Financial Executives Institute in Brazil and a member of the America Chamber of Commerce.

Passionate about what technology can do to empower people, Rodrigo holds a degree in Mechanical Engineering from the Pontifícia Universidade Católica do Rio de Janeiro; an MBA in Finance/Capital Markets from the INSPER Institute in São Paulo and also graduated from Harvard Business School, AMP Class 192.

Married to Cynthia, they have two children, Joao and Gabriel. In his spare time Rodrigo enjoys surfing and playing guitar.

In addition, I am very happy to announce that we are appointing **Mariana Castro** as VP sales, Marketing & Operations LATAM. Mariana is replacing **Paula Bellizia**, who has decided to pursue an opportunity externally. While we are sad to see Paula leave, after all she has done for the company, it is great to be able to appoint such a talented person as Mariana to this key regional role. Muchas gracias Paula, for everything you have done over the years, from the bottom of my heart, we wish you well.

Many of you will already know Mariana, who is our Customer Success Leader in LATAM and has spent much time professionally in the region. She is someone who daily lives our values, she has a deep understanding our business, culture and people across the region and is recognized for her coach-like management. Prior to rejoining LATAM, Mariana was our Marketing and Operations leader in MS Japan, where she played a pivotal role in the sales culture transformation of the subsidiary. I am excited about what she will bring to the role and to LATAM.

I want to close by thanking Cesar again for his great leadership over the many years and for his outstanding work during this transition.

I'm very grateful to be able to count on a strong LATAM LT and I have no doubt that each one of our leaders will welcome and help to onboard Rodrigo, support Mariana in her new assignment and as a team will bring its very best game to close Q4 strong and enter FY21 with passion and determination.

Please join me in welcoming Rodrigo to our team and wishing Mariana a great start in her new role!

jp

LIMA_000000840