UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
INTERNATIONAL BUSINESS
MACHINES CORPORATION,

               Plaintiff,

v.

RODRIGO KEDE DE FREITAS
LIMA,

               Defendant.
-----------------------------------------------------X

**ORDER**

7:20-cv-04573 (PMH)

PHILIP M. HALPERN, United States District Judge:

    The Temporary Restraining Order entered on June 19, 2020 (Doc. 20), as extended by the Court's Orders on July 6, 2020 and July 13, 2020, is extended *nunc pro tunc* as of the close of business yesterday July 22, 2020 pending the hearing and determination of plaintiff's motion for a preliminary injunction.

    The Court finds that good cause exists to extend the Order because the hearing on the application for a preliminary injunction has not concluded and is continued to July 28, 2020; and the Court will need additional time to consider the voluminous record created and decide the motion.

    SO ORDERED.

Dated: New York, New York
       July 23, 2020

                                        _____
                                        PHILIP M. HALPERN
                                        United States District Judge