UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
INTERNATIONAL BUSINESS
MACHINES CORPORATION,                                    **ORDER**

           Plaintiff,                                    7:20-cv-04573 (PMH)

v.

RODRIGO KEDE DE FREITAS LIMA,

           Defendant.
----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

    Counsel for the parties appeared at 10:30 a.m. today to resolve the extant letter-motions to seal certain documents in connection with plaintiff's application for a preliminary injunction.

    For the reasons indicated and as specifically set forth on the record, the letter-motions to seal are granted in part and denied in part. The parties are directed to re-file their submissions in accordance with the Court's rulings today. See transcript.

    The Clerk of the Court is respectfully directed to terminate the pending letter-motions (Docs. 28, 34, 56, 57, 65, 69, 73, and 78).

SO ORDERED:

Dated: New York, New York
       September 1, 2020

                                  Philip M. Halpern
                                  United States District Judge