Exhibit 1

Page 1

1

2                    UNITED STATES DISTRICT COURT

3                   SOUTHERN DISTRICT OF NEW YORK

4

5      INTERNATIONAL BUSINESS              )
       MACHINES CORPORATION,               )
6                                          )
                    Plaintiff,             )  20 Civ. 4573
7                                          )
               vs.                         )
8                                          )
       RODRIGO KEDE DE FREITAS LIMA,       )
9                                          )
                    Defendant.             )
10     -------------------------------)

11

12

13       REMOTE VIDEOTAPED DEPOSITION OF JUAN ZUFIRIA

14                    New York, New York

15                     July 10, 2020

16

17

18

19

20

21

22

23

24     Reported by:  BONNIE PRUSZYNSKI, RMR, RPR, CLR
       JOB NO. 181566
25

1                         J. Zufiria

2        A.    Yes, I understand.

3        Q.    And what did you do to prepare for

4    the deposition today, if anything?

5        A.    I talked to my lawyers.  That is

6    like -- I think it was around four times in

7    the last three weeks.

8        Q.    And other than your lawyers, did

9    you speak to anyone else at IBM about your

10   deposition today?

11       A.    No.

12       Q.    Did you speak to anyone else at IBM

13   to get information for you that is relevant

14   to this particular case?

15            MR. SIGNORACCI:  And I will just

16       instruct the witness not to reveal the

17       contents of any communications you had

18       with counsel, including any instructions

19       you received from counsel.

20       Q.    Okay.  Other than counsel.

21       A.    No.

22       Q.    And let me ask you, are you taking

23   any medications that would impact your

24   ability to recall events in this particular

25   matter?

1                        J. Zufiria

2       Q.    And that individual is not the CEO

3   of the company; correct?

4       A.    Correct.

5       Q.    Did you consider that to be a

6   demotion of any kind, given that you had

7   previously reported to the CEO and the

8   chairman of the company, and now you are

9   reporting to someone that runs IBM Services,

10  Mr. Foster?

11      A.    Not at all.  This is a change of

12  strategy that I have supported myself.

13      Q.    All right.  So, let's talk a little

14  bit about Rodrigo Lima.  You know Mr. Lima;

15  correct?

16      A.    Yes.

17      Q.    And when did you first meet

18  Mr. Lima?  If you can't give me an exact

19  date, you could say more than ten years ago.

20  Just generally.

21      A.    Generally, I would say

22  approximately around seven, six years ago.

23      Q.    And you were both working at IBM

24  for some period of time at that point?

25      A.    Yes.  Yes.

```
 1                      J. Zufiria

 2      Q.    And what was the reason you came to

 3   know Mr. Lima at IBM at that point in time?

 4      A.    I was -- I think I met him the

 5   first time, he was a member of -- he was on a

 6   strategy team, and he participated in some of

 7   the meetings.  So, I met him there.

 8            And later he became also a member

 9   of the PT, performance team, and I was a

10   member of the performance team, so we met

11   quite openly, because we were members of the

12   performance team.

13      Q.    Okay.  And in the beginning, there

14   was no -- at the time when you met Mr. Lima,

15   there was no reporting relationship between

16   the two of you; correct?

17      A.    No reporting relationship.

18      Q.    And did there come a time when

19   Mr. Lima began reporting to you?

20      A.    Yes.

21      Q.    And approximately when did that

22   occur?

23      A.    February the 1st of 2019, when I

24   took this current job as senior vice

25   president of Global Technology Services.
```

1                          J. Zufiria

2    of the management system, another once a week

3    formally established.

4        Q.    How many individuals did you have

5    reporting to you in 2019, let's say?  You

6    know, the first line.

7        A.    Seven geographies and another staff

8    of four, another four reportees, part of my

9    staff that runs the global service lines and

10   the support functions.  Legal, human

11   resources, finance.

12       Q.    Ballpark, how many total

13   individuals directly reported to you?  I'm

14   not talking about people in the entire

15   organization, but on your direct line.

16       A.    I would say around 15 people

17   approximately.  I don't have it precisely.

18   Fifteen people.

19       Q.    And Mr. Lima had the job title or

20   job band of general manager; correct?

21       A.    Yes.  General manager of North

22   America.

23       Q.    And you had the job title of senior

24   vice president; correct?

25       A.    Yes.

Page 42

1              J. Zufiria

2       Q.    And how many of the 15 that

3   reported to you were also general managers?

4       A.    I would say around nine or

5   something like this.  Ten.

6       Q.    So, you had ten general managers

7   reporting to you.  Rodrigo was one of those.

8   Correct?

9       A.    Yes.

10      Q.    And what was your opinion of

11  Mr. Lima's performance during the period of

12  time that he reported to you?

13      A.    When I took the job, okay, he was,

14  I would say, one of the leaders with bigger

15  future, and we systematically invested in him

16  before I came, and we continued to invest in

17  him as a future leader of IBM.

18            So, all the references were very

19  positive.  My references were positive, as in

20  a strong leader in IBM.

21      Q.    Did you find him to be a truthful

22  person?

23      A.    Yes.  I have to say at that time,

24  yes.

25      Q.    Did you find him -- did you find

1               J. Zufiria

2           We discussed the pros and cons of

3    each one of the options.  He said okay, let

4    me think about which one would be better for

5    my career decision.

6       Q.    We know ultimately he took the job

7    running the integrated accounts; correct?

8       A.    Yes.

9       Q.    What was the other job he was

10   offered?

11      A.    I was offering him to run a job

12   which is a technology services, Technology

13   Support Services, which is a piece of GTS,

14   and that was a global job.  I wanted to give

15   him the possibility to run an integrated

16   business globally end to end, okay, for IBM.

17      Q.    Did you say -- the court reporter

18   wrote down, "I was offering him a job which

19   is a terminal services"?  Is that what you --

20   is that the word?

21      A.    No, no.  It's called Technology

22   Support Services.  It's a piece of Global

23   Technology Services that has its own entity.

24      Q.    Okay.

25      A.    Its own end-to-end profit and loss,

1                          J. Zufiria

2          We do it immediately.  Most of the

3    changes we do immediately.  Obviously, we

4    allow the leaders later to transition after

5    the announcement.  Okay?  So that transfer of

6    information from one leader to the next

7    leader.

8          Q.    Do you know the --

9          A.    Normally we change -- we do the

10    change fast.

11          Q.    Did you finish your answer.

12          A.    Yes.

13          Q.    Okay.  Good.

14                Do you know the day the

15    announcement went out about this change

16    involving Mr. Lima, approximately?

17          A.    Difficult to remember.  I don't

18    remember.  15th of January or something like

19    this.  I don't know the exact date.

20          Q.    And was it sent by you announcing

21    this change or by someone else?

22          A.    It was done -- we made a call with

23    Bridget van Kralingen, the new -- the leader

24    for Mr. Lima and myself.

25          Q.    Okay.

1              J. Zufiria

2      A.     And there is a similar conversation

3  on the transferring of the organization.  The

4  two leaders, we got together in a call and

5  made the announcement.

6      Q.     Can you state the name again of the

7  individual who was going to become his new

8  manager?

9      A.     Yes.  Ms. Bridget van Kralingen.

10     Q.     Bridget van Kralingen?

11     A.     Yes.

12            MR. SIGNORACCI:  Kralingen, G-E-N

13     at the end.

14            MR. DELIKAT:  Can you spell it?

15     You can put it in, if you know.

16            MR. SIGNORACCI:  Sure, sure.  It's

17     B-R-I-D-G-E-T, space, lower case V-A-N,

18     space, K-R-A-L-I-N-G-E-N.

19     Q.     And I will refer to her as Bridget.

20  Is she also at the senior vice president

21  title?

22     A.     Yes.  She is a senior vice

23  president of what we call Global Markets.

24     Q.     And she is -- you are the senior

25  vice president of GTS.  What's her title?

1                          J. Zufiria

2   She's senior vice president of what?

3       A.      Today, she is the senior vice

4   president of Global Markets.

5       Q.      And do you know approximately how

6   many general managers report to Bridget, at

7   least in this year of 2020?

8       A.      We have the seven geographies and

9   another 12 people, or 11 general managers

10  report to her.

11      Q.      And so, this is the middle of

12  January.  Do you recall when, approximately

13  what date IBM told its employees to go into

14  lockdown or to shelter in place because of

15  Covid-19?  When did that happen?

16      A.      This happened around the -- I think

17  it's around 13 of March or something like

18  this, more or less.  I remember because that

19  day -- the day that the U.S. lock down, I

20  think that's when we already established

21  saying people shouldn't go to the office.

22              MR. SIGNORACCI:  Mike, if you are

23      heading in a new direction, would this be

24      a good time to take a break?

25              MR. DELIKAT:  Let me finish this

1                        J. Zufiria

2    integrated accounts are exactly North

3    America.   There is a list, and I don't have

4    it in my brain.

5        Q.    And when Mr. Lima was the general

6    manager for North America, he did not have

7    responsibilities for Brazil, did he?

8             MR. SIGNORACCI:   Objection to form.

9        A.    No.

10             MR. SIGNORACCI:   But you can

11    answer.

12        A.    No.

13        Q.    And are you aware of the fact that

14    Mr. Lima had an apartment or a home in São

15    Paulo?

16        A.    I didn't know.   I never discussed

17    this with him.

18        Q.    So, he never told you that part of

19    the reason he was flying to South America was

20    he had property there and relatives there,

21    and that was the reason he would visit?

22        A.    Well, we comment that he was

23    sometimes to visit the family.   Sometimes he

24    was member of a board of directors of a

25    company in Latin America, and he was visiting

```
1                      J. Zufiria

2    the accounts for which he was the partnership

3    executive.  Okay?

4              But every day he was going to Latin

5    America, I was not discussing why are you

6    going to do this flight or what you are going

7    to do in the following two or three days.

8        Q.    Did he ever tell you he has a

9    stepson in Brazil who suffers from a medical

10   condition?

11       A.    He told me that he has a stepson

12   that was going through difficulties, okay,

13   and that was creating some personal tension,

14   tension for him.

15       Q.    Did he tell you that stepson was

16   living in Brazil?

17       A.    I don't remember we specifically

18   said that.  I don't remember having in my

19   mind that the stepson was in Brazil or he was

20   in North America with him.  I don't remember

21   that.

22       Q.    Did he ever tell you that he has a

23   son in high school in the United States who

24   was going on to college and wanted to be a

25   doctor?
```

1                        J. Zufiria

2        A.    Yes.  He mentioned to me he is

3    interested in his son pursuing education in

4    the United States.

5        Q.    And did he ever mention to you that

6    his parents live in Brazil?

7        A.    Not specifically, but I guess I

8    assumed that.  Okay?  It would not be a

9    surprise for me that his parents live in

10   Brazil, yes.

11       Q.    Did he ever tell you that he was

12   financially responsible for his parents?

13       A.    No.

14       Q.    Okay.  We have been talking a lot

15   about GTS and services.  If you could explain

16   to a layman, what is the services part of the

17   business, when people refer to services, and

18   make it in an explanation that is not too

19   technical, please.

20       A.    If -- when I think of services in a

21   broad term, it's basically saying I go to our

22   client, and I am going to manage your IT

23   environment for you.  I'm going to manage how

24   the machines perform.  I'm going to prepare,

25   make the changes in your environment, and I

1                    J. Zufiria

2    will do this work for you.  We call it -- in

3    most of the cases, we call it outsourcing.  I

4    will perform activities for you.  This is a

5    core part of our business, is the

6    outsourcing.

7              So, I'm going to establish the

8    machines, establish the connectivity of the

9    machines, and I am going to perform the

10   activities to be sure that this works.  This

11   implies procuring equipment, establishing the

12   software, and put in the environment and

13   maintain the environment working for the

14   client.

15      Q.   Okay.  And in the outsourcing part

16   of the business, are there companies like

17   Accenture that compete with IBM for that

18   work?

19      A.   Yes.  There are companies that

20   compete with us for that work, yes, and also

21   Indian firms.

22      Q.   Okay.

23      A.   And also, a big part of our work is

24   now moving to the cloud, and we have our own

25   cloud to perform those services.  We also

1                          J. Zufiria

2    compete with the public cloud providers now,

3    with the Amazons, with the Microsofts and

4    with the Googles.

5        Q.    But during the time Mr. Lima was

6    the senior -- was the general manager for

7    North America in GTS, the competitors for

8    just the services part of the business would

9    have been Accenture; correct?

10            MR. SIGNORACCI:  Object to form.

11            You can answer.

12       A.    Let me -- let me answer to that.

13   Normally, we are competing with consortium of

14   Accenture plus Microsoft.  That was the

15   typical competition.  It was -- the

16   competition was the client decides what kind

17   of infrastructure they are going to use to

18   run the environment, is it going to be IBM

19   public cloud, is it going to be Microsoft

20   public cloud, and how the work is going to be

21   performed to move the workload from where

22   they have today to the public cloud.

23            The work in our case is done by IBM

24   in this same way, to build infrastructure,

25   where we are competing.  Our competitors go

1                          J. Zufiria

2    together.  They say, I move the workloads to

3    Microsoft, and a combination of Microsoft and

4    Accenture competes with us.

5         Q.    But Microsoft does not build

6    infrastructure; correct?

7         A.    Yes, Microsoft builds

8    infrastructure.  Its public cloud is an

9    infrastructure.

10        Q.    But we are talking about the

11   infrastructure mainframes, for example.  Does

12   Microsoft make mainstreams?

13        A.    No.  "Infrastructure" is a broad

14   term, because you can have mainframes, you

15   can have servers in your premises, or you can

16   have public clouds in a public environment.

17             So, you can build different types

18   of infrastructures.  It's true, Microsoft

19   doesn't build mainframes, but we build all

20   the type of infrastructure.  Microsoft builds

21   the public cloud infrastructure in

22   competition with the public cloud

23   infrastructure we build for our clients.

24        Q.    Microsoft is not considered to be

25   an outsourcing firm, is it?  That would be a

1                  J. Zufiria

2   framing the transactions with the clients,

3   and understanding the opportunities of

4   business with the clients.  He had very

5   strong insight into the clients.  So, I think

6   that this would be a very good help for this

7   organization.

8       Q.    Any other positive traits you saw

9   in him which you thought would enable him to

10  be successful in this role?

11      A.    I think --

12      Q.    Other than -- wait a second.  Let

13  me finish the question.

14            Any other traits other than

15  creativity that you saw in him that would

16  help him succeed in this role?

17      A.    I think besides the creativity and

18  the understanding of the client problems,

19  trying to see the problems from the client's

20  side, the client side, I would say

21  creativity, client insight, and probably a

22  very deep knowledge of IBM strategy, because

23  comparing to other leaders, he has been much

24  more exposed to the strategy conversation.

25  So, probably he could articulate that well

```
1                       J. Zufiria

2    and give value for a client, because of the

3    depth of knowledge and understanding of the

4    strategy.

5              MR. DELIKAT:  All right.  Why don't

6       we take a break here.

7              MR. SIGNORACCI:  5:05?

8              MR. DELIKAT:  Sure.

9              THE VIDEOGRAPHER:  We are going off

10      the record at 4:58 p.m.

11              (Recess taken.)

12              THE VIDEOGRAPHER:  We are going

13      back on the record at 5:09 p.m.

14   BY MR. DELIKAT:

15      Q.    Okay.  I want to just go back over

16   one other thing.  You, I believe, stated in

17   your earlier testimony that you learned that

18   Mr. Lima resigned from someone in human

19   resources; correct?

20      A.    Yes.

21      Q.    And is it your testimony you had no

22   conversations with Mr. Lima about his

23   resignation?

24      A.    No.

25      Q.    Okay.
```

1                    J. Zufiria

2      A.    No conversation with Rodrigo.

3      Q.    All right.  So, you did not talk to

4  Rodrigo about his decision to resign?

5      A.    No.

6      Q.    He didn't tell you why he was

7  leaving IBM?

8      A.    No.  He didn't tell me anything.

9      Q.    You didn't try to change his mind?

10     A.    No.  I think that when I was

11  communicated, it was already a fact.  It was

12  already done.

13     Q.    Did his resignation come as a

14  surprise to you when HR told you about it?

15     A.    I would say 50/50, okay?  I thought

16  that with all the investment I have done with

17  him in the last year, I think that he -- I

18  felt that he was very committed to the

19  success of IBM.  On the other hand, I always

20  have a face on the conversations about his

21  leave and things like that, that he was

22  always discussing or considering options.

23          So, therefore, I have to say, I'd

24  be feeling that, oh, my God, Rodrigo is

25  leaving, I thought that he was already

1                     J. Zufiria

2    whole meeting.

3        Q.    And are you aware of whether or not

4    Mr. Lima attended that meeting?

5        A.    Yes, he attended the meeting.  He

6    was reporting to me, and he was invited as

7    one of the general managers, the most

8    promising general managers.

9        Q.    Okay.  And did Mr. Lima stay for

10   the entire meeting or just for part of it?

11       A.    He stayed.  He was invited for the

12   entire meeting.

13       Q.    Was he there for the entire

14   meeting?

15       A.    I think so, yes.  I -- I don't -- I

16   have it in my mind that he was there for the

17   full meeting.

18       Q.    Okay.  And this meeting occurred

19   where?  Where did it take place?

20       A.    It took place in the Thomas Watson

21   Research Center in Yorktown Heights.

22       Q.    Is this a once-a-year meeting or on

23   what frequency does it occur?

24       A.    Once a year there is a strategy

25   meeting between the senior VPs, five or six

1                    J. Zufiria

2   key general managers and the board of

3   directors.

4        Q.    Okay.  If we look at --

5             MR. DELIKAT:  You will have to go

6        down, Shawn, to IBM Bates stamp 100647.

7             MR. BUTTE:  647?

8             MR. DELIKAT:  647 are the last

9        three digits.

10             MR. SIGNORACCI:  Can you tell us

11        how many pages this document is?

12             MR. DELIKAT:  Seventy-two.  We are

13        giving you the Bates stamp page, so --

14             MR. SIGNORACCI:  Thank you.

15        Q.    Okay.  Do you see this page here

16   that has a box, and it says "Taking on

17   Google"; correct?

18        A.    Yes.

19        Q.    Do you see that?

20        A.    Yes.

21        Q.    And in the middle of the page, it

22   says, "This is a race."  Do you see that?

23        A.    "This is a race."  Yes, I see this.

24        Q.    Do you recall the -- yeah.  Do you

25   recall the discussion on this at the meeting?

1                           J. Zufiria

2       started three years ago.  It's still alive,

3       and it's going to last another ten years.

4           Q.    Well --

5                   MR. SIGNORACCI:  Juan, are you

6       there?

7                   THE WITNESS:  Yes, I'm here.

8                   MR. SIGNORACCI:  Did you say --

9       what was the last line of your testimony?

10      Did you say ten years, one zero?

11                  THE WITNESS:  Yes, ten years, for

12      the following ten years.

13          Q.    So, let me just ask a very simple

14      question.  When you use the word "now," you

15      mean now and going back three years; is

16      that -- is that your testimony?

17                  MR. SIGNORACCI:  Objection to form.

18          A.    When I say "now," it's something

19      that exists in this moment, and when I say

20      "now" is -- in ahora, in their language, we

21      are working, I don't say this morning.  Okay?

22      When I say "now," now is the battle that

23      means -- it's not a battle of the mainframe

24      that was 20 years ago.  It's an existing

25      battle.  Okay?  Now is the battle.

```
1                    J. Zufiria

2        Q.    But when you say now is the battle,

3   you mean the battle is three years ago?

4              MR. SIGNORACCI:  Objection to form.

5        A.    No.   The battle started three

6   years, and it's going to last another ten

7   years.   It's a battle that is ongoing.   We

8   are in the battle now.
```

1        J. Zufiria





1                    J. Zufiria

1                          J. Zufiria





1                          J. Zufiria

3      Q.    Can you tell us the name of one

4  analyst or consultant that considers IBM to

5  be a meaningful competitor of Microsoft or

6  Amazon in the public cloud space?

7      A.    The first one is, we considered and

8  we want to be in that market, and we have

9  been invested in that market, so the

10  analysts, they can say whatever they want,

11  but it's our investment, our interest and our

12  conversations with our clients.

13          Now, analysts, probably if you look

14  at, we are in the -- we are in the -- in the

15  picture of four analysts.  Some of them would

16  put us weaker in one place, stronger in other

17  places.  I mean, you have -- and I guess that

18  they will say this, Forrester, Gartner, all

19  of them.

20          We play and we compete, and we have

21  the mission to be, and we are in the

22  business, in particular in public cloud in

23  the enterprise.  Okay.  We don't want to

24  compete for the pictures in the public cloud.

25  We compete to build a public cloud that is

1                    J. Zufiria

2   suited for the enterprise, who have specific

3   characteristics.  That's where we compete.

4   That's where we serve.

5              We are a business-to-business

6   business.  Okay?  Business to business, not

7   business to consumer.  And that's where we

8   go.  We don't have the volumes of the

9   pictures.  We have the data of your clients,

10  and we have very clear strategy on how we

11  compete through differentiation.

12      Q.    This is part of the

13  transformational strategy that this deck

14  talks about; right?  This is the future

15  direction of IBM, where it's going?

16      A.    Yes.

17      Q.    And it will be going -- go ahead.

18      A.    It has components not only of the

19  infrastructure, also how we do application

20  modification with our clients, to move the

21  workloads into the direction of our IBM

22  public cloud from the clients of enterprise.

23      Q.    And did the integration of GBS and

24  GTS have something to do with this new

25  transformational strategy?

1                           J. Zufiria

2       A.      Yes.   It helps in the strategy.

3       Q.      And what -- what does the

4   integration of GBS and GTS have to do with

5   the strategy that you have told us about?

6       A.      When you move into the public

7   cloud, you need to modernize the

8   applications, and this is work that is done

9   by GBS.  At the same time that you prepare

10  the infrastructure, that is the work that is

11  done by GTS.

12          So, when we go to our client, we

13  can compose the two elements in a better way

14  that give us a competitive advantage, and we

15  can develop the different economic parameters

16  of our proposals between the GBS, the GTS,

17  and also the public cloud component.

18          MR. DELIKAT:  Shawn, let's put up

19      our tab ten.





Page 162

1                              J. Zufiria



1                       J. Zufiria



Q.    Do you know whether or not in 2019,