# Exhibit 2

1  UNITED STATES DISTRICT COURT

2  FOR THE SOUTHERN DISTRICT OF NEW YORK

3  ----------------------------------x

4  INTERNATIONAL BUSINESS MACHINES

5  CORPORATION,

6

7          Plaintiff,

8

9      v.              Case No.

10                     7:20-CV-04573

11

12  RODRIGO KEDE DE FREITAS LIMA,

13

14          Defendant.

15  ----------------------------------x

16  *****HIGHLY CONFIDENTIAL*****

17          VIDEOCONFERENCE/VIDEOTAPED

18              DEPOSITION OF

19              RANDY WALKER

20

21                  JULY 8, 2020

22  Reported by:

23  Mark Richman, CSR, RPR, CM

24  Job No. 181525

25

1          WALKER (HIGHLY CONFIDENTIAL)

2    overlap of the scope of responsibilities

3    between the two roles.

4     Q.    Okay.  And how about Mr. Lima's

5    prior position at IBM, the general

6    manager of GTS for North America, do you

7    think there's overlap there as well?

8          MR. SIGNORACCI:  Objection to

9      form.

10    A.    In his GTS North America role,

11    Rodrigo was also still part of the

12    performance team.  He was part of the

13    acceleration team which had significant

14    oversight of Latin America.  He was the

15    partnership exec for a number of

16    accounts in Latin America that he was

17    actively leading those, and he was also

18    in his role as the GTS North America

19    leader.

20          He was responsible for a global

21    portfolio of clients headquartered out

22    of the US which all had significant

23    Latin America dealings.  So, yes, both

24    in his IA role there was significant

25    overlap with what's happening in Latin

```
 1          WALKER (HIGHLY CONFIDENTIAL)
 2   America, the business in Latin America.
 3   And in his GTS North America role
 4   there's significant overlap with our
 5   business in Latin America.
 6    Q.    Okay.  We'll come back to that a
 7   little later this afternoon.  But thank
 8   you for that.
 9          Are you aware, are you aware of
10   the fact that in his intended role with
11   Microsoft, Mr. Lima will not be working
12   with any integrated accounts during the
13   first twelve months of his employment at
14   Microsoft?
15          MR. SIGNORACCI:  Objection to
16     form.
17    A.    I don't know what his role would
18   be.  But as the general manager for
19   Latin America, he's going to be
20   directing people that are on the
21   integrated accounts, the people that are
22   not on the integrated accounts.  He's
23   going to understand our strategy.  He's
24   going to understand, you know, details
25   of our business.
```

```
 1          WALKER (HIGHLY CONFIDENTIAL)

 2   narrow, they actually hit all parts of

 3   the IBM portfolio and third party

 4   portfolio of who we work with as far as

 5   a partner.

 6          So we would run all aspects of a

 7   client IT, both IBM and non-IBM.

 8    Q.    So is it fair to say -- I'm

 9   sorry.  I didn't mean to cut you off.

10   Go ahead.

11    A.    And that includes making

12   decisions of where do we run

13   applications, on which cloud.  It makes

14   a difference on which applications and

15   which software we run, making decisions

16   on which hardware we run.  Those are

17   decisions that our GTS teams would be

18   leading on behalf of our clients.

19    Q.    So it sounds like services at IBM

20   is a significant portion of IBM's

21   overall business; is that fair?

22    A.     Well, IBM, services for IBM is,

23   you have to think of it in two aspects.

24   It's significant in its revenue side.

25   It's 60 percent of IBM's revenue.  But
```

Page 65

1           WALKER (HIGHLY CONFIDENTIAL)

2    it's probably even more significant with

3    our relationships, you know, and our

4    strategic client of where we're moving.

5           So, for example, with what we're

6    doing with AT&T, we're managing all

7    aspects of their business from

8    everything from their on prem hardware

9    and software to the migration to cloud

10   and what we do there.

11          We are also working with AT&T,

12   for example, on what we go and we sell

13   to all of our clients around the world.

14   So GTS is a partner with AT&T and we go

15   and we sell software and cloud solutions

16   in support of our clients.  So GTS is

17   the mechanism for that, for our go to

18   market.

19          GTS is also with the AT&T

20   customer.  So when we are doing

21   solutions for our client, we, GTS would

22   be integrating capabilities from AT&T

23   and others, you know, for a holistic

24   outcome for our clients.

25          So our GTS and services business

1          WALKER (HIGHLY CONFIDENTIAL)

2    is holistically running all of the

3    aspects of what we sell not only to our

4    clients but also what we sell into the

5    market in partnership with our partners.

6     Q.     Would it be fair to say that IBM

7    is primarily a services company?

8          MR. SIGNORACCI:  Objection to

9      form.

10    A.     No, I don't think so.

11          MR. SIGNORACCI:  You can answer.

12    A.     No, I don't think that is fair.

13    We are a hybrid cloud company.

14          If you -- the strategic area that

15    we are focused on is in chapter 2 is

16    helping our clients move from their

17    existing on prem pieces of business to a

18    new hybrid cloud model.  And hybrid

19    cloud, the reason it's so strategic to

20    us is some clients have already moved 20

21    percent of their business to cloud.

22    That's usually the cloud native client

23    facing side of the business.

24          So with an AWS or with Microsoft,

25    those were early movers of moving, you

```
 1          WALKER (HIGHLY CONFIDENTIAL)

 2    Q.     Okay.

 3    A.     That's not what I said.

 4    Q.     Okay.  So can you --

 5    A.     I said --

 6    Q.     Can you clarify that for me?

 7    A.     When we are competing on large

 8  opportunities, as we are today, most of

 9  our large transformational hybrid cloud

10  opportunities -- competition would be

11  Microsoft plus NSI or AWS and Google

12  plus NSI.  Those are our strategic

13  competitors today.

14   Q.     But it's not Microsoft standing

15  alone, it's Microsoft with a partner,

16  correct?

17         MR. SIGNORACCI:  Objection to

18    form.

19   A.     As I said the way we compete

20  today we compete with Microsoft, NSI,

21  typically Accenture and AWS plus NSI.

22  Those are our chief competitors in the

23  hybrid cloud world.

24   Q.     Has Microsoft ever been a

25  competitor with respect to any of the
```

```
 1          WALKER (HIGHLY CONFIDENTIAL)
 2    competitive service deals that you have
 3    participated on personally?
 4     A.    Yes.  So on AT&T in my AT&T role,
 5    we had our Yosemite deal which was a
 6    large integrated cloud and services
 7    deal.  The competition for that was very
 8    much Microsoft partnering with, you
 9    know, Accenture on that.
10          We ended up, we won a portion of
11    the deal, and Microsoft, you know, won
12    another portion of the deal.
13          With cloud deals, these are
14    long-term relationships, so these are
15    five-year, in this case for us was a
16    five-year deal.
17          What you win on those is not a
18    transaction, but you win the opportunity
19    to move workloads.  So even though that
20    opportunity we won our portion,
21    Microsoft won a portion.  Those
22    workloads now are still being worked on
23    every day of which workloads move over.
24          So in the world of cloud, once
25    you win, then you have to drive
```

```
 1           WALKER (HIGHLY CONFIDENTIAL)

 2    consumption.  And so that is still

 3    ongoing on Yosemite.  This was one of

 4    the largest deals that IBM had ever

 5    competed against and won.

 6           That is still ongoing.

 7           The other is Yosemite 2 which is

 8    taking what Microsoft and what IBM won

 9    and looking at now taking that further.

10           So they are -- we are in

11    competition now for the next phase of

12    that work with AT&T.

13           And so I was involved in all of

14    that in my role as the MD for AT&T and

15    worked closely with Rodrigo in his role

16    as the general manager for GTS North

17    America.  He was the P&L owner of that.

18     Q.    Do you know whether Mr. Lima

19    participated in any service deals in

20    which Microsoft was a competitor on that

21    particular deal?

22           MR. SIGNORACCI:  Objection to

23     form.

24     A.    Rodrigo would be competing on all

25    services, all services deals and
```

```
 1          WALKER (HIGHLY CONFIDENTIAL)
 2    Microsoft is our chief competitor, so
 3    the answer would be, as the general
 4    manager for North America, all of the
 5    large services deals he would be
 6    personally engaged in, particularly on
 7    AT&T which was the deal that I was in,
 8    he was extremely close with me.  We
 9    worked together.  He worked with the
10    client, worked on deal strategy, worked
11    on pricing, worked on competitive
12    positioning, you know, of our offerings
13    versus Microsoft offerings and helped
14    position not only what we were working
15    on last year but also the roadmap for
16    the future, which included our Red Hat
17    acquisition and how we integrate in Red
18    Hat and move the client, open shift, and
19    also some of the future technologies
20    that we had around cloud and
21    particularly around our hybrid cloud
22    capabilities that are becoming with our
23    Telecom network cloud going forward.
24          So he was an integral part
25    positioning that, developing those
```

1           WALKER (HIGHLY CONFIDENTIAL)

2    opportunities, pricing it and, you know,

3    and also dealing directly with the CFO

4    and chief procurement officer of the

5    clients.

6    Q.     You're referring to the AT&T deal

7    in your response to that question; is

8    that correct?

9    A.     That's correct.

10   Q.     Okay.  And do you yourself have

11   any firsthand knowledge of Mr. Lima's

12   direct participation in any deals where

13   Microsoft was competing for the same

14   deal, other than AT&T?  I've heard what

15   you said about AT&T.  But you yourself,

16   do you have any direct knowledge of

17   that?

18   A.     I don't understand the question.

19   I thought I just answered the question,

20   sir.

21   Q.     You do.  But you -- you did.  But

22   you described it at a high level with

23   what I believe your assumption is.

24          I'm asking you for what --

25   putting aside AT&T which you gave me

```
 1          WALKER (HIGHLY CONFIDENTIAL)
 2   which says "IBM's launch plans and
 3   roadmap for new products and services in
 4   development, including a new suite of
 5   cloud-computing offerings for customers
 6   in the financial services industry."
 7          Can you tell me which -- what are
 8   the launch plans for new products and
 9   services that were in development that
10   Mr. Lima had firsthand knowledge of?
11    A.    Sure.  So a little context.  As I
12   mentioned earlier, in the world of cloud
13   there's kind of chapter 1 which is the
14   initial move to public cloud, client
15   native, cloud native applications and
16   workloads and that's where over the past
17   seven years a lot of the activity from
18   AWS and Microsoft and others have been
19   moving those workloads over.
20          There are still 80 percent of the
21   workloads with clients and banking is 90
22   percent have not moved.
23          And the reason that those have
24   not moved, those core workloads is
25   because of the security requirements,
```

```
 1           WALKER (HIGHLY CONFIDENTIAL)
 2   the regulatory especially you know in
 3   regulated industries like banking, the
 4   regulatory requirements, the
 5   governmental requirements that you have
 6   to have in place to be able to move
 7   workloads haven't been in place.
 8           IBM has been working and we
 9   announced a partnership with Bank of
10   America as a strategic partner last
11   year, working also with an acquisition
12   that we did a couple of years ago,
13   Promontory.  Promontory is an
14   acquisition that we did that our experts
15   in banking and financial services
16   regulation and compliance globally.
17           So what we determined and IBM
18   strategically is the 20 percent that's
19   already moved, you know, that piece in
20   chapter 1, you know that piece is almost
21   over and we're now, all of our clients,
22   especially our enterprise clients are
23   turning to chapter 2 which is how can we
24   move those core workloads.
25           What we've developed in
```

1        WALKER (HIGHLY CONFIDENTIAL)

2   announcing with Bank of America is that

3   we're going to have a financial services

4   regulated cloud.  That is unique in the

5   market.  That is going to be with

6   control requirements that all of the

7   regulators first in the US but globally

8   will, you know, will approve.  It's

9   going to have the security requirements.









24   Q.   Okay.  So what out of that long

25   answer is not publicly available?  I

```
 1          WALKER (HIGHLY CONFIDENTIAL)

 2   mean is everything you just told me, is

 3   that all publicly available information?

 4    A.    No, that is, none of that is

 5   publicly available information.  We

 6   announced publicly that we were doing

 7   the, with the partnership with Bank of

 8   America, we announced that last year.

 9   That's public information.  We announced

10   as part of Think the progress that we're

11   making, you know, on this.

12          We also announced at our Think

13   conference key ISPs, key software

14   partners that were committed and signing

15   up to join our cloud so that we can go

16   public on that information.

17          So we've had I think it's today

18   20 key ISPs that are signed up to become

19   certified on our cloud.  And we've had

20   some other as part of the Think, you

21   know, some work, some information around

22   the progress that we are making on that.

23          But other than that, the rest is

24   not public information.  When it's going

25   to be available, functionality, price
```

```
 1           WALKER (HIGHLY CONFIDENTIAL)

 2    points, competitive positioning and

 3    strategy and all of that is highly

 4    confidential, and this is a project that

 5    we in IBM have as an NDA project.  So,

 6    you know, everyone that's working on it

 7    is under fairly strict confidential

 8    requirements.

 9    Q.    What information do you yourself

10    believe that Mr. Lima has about this

11    project?  You said in your declaration

12    in paragraph 6 that Mr. Lima has

13    firsthand knowledge of the launch plans

14    and roadmap for this new product.

15           What specifically is the

16    firsthand knowledge that Mr. Lima has

17    that you yourself know on a firsthand

18    knowledge basis?

19    A.    He knows all of the information

20    up until when he left on May the 18th.

21    He knows which clients we're pursuing.

22    He is the executive sponsor on some of

23    the clients.  He understands the

24    timeline.  He understands the functions.

25    He understands the competitive
```

```
 1           WALKER (HIGHLY CONFIDENTIAL)

 2   positioning versus Microsoft and others.

 3   He understands, you know, which clients

 4   we're going and targeting, which ones

 5   we've already signed up and which ones

 6   we're already --  which ones else we

 7   were working to.

 8           He, you know, as part of the

 9   performance team we have been giving,

10   and I personally have been giving

11   updates, and I gave an update on our

12   April performance team meeting on

13   exactly where we are on the program,

14   both from a development standpoint and

15   where we are with all of our clients and

16   the client progression on all of those

17   around the world.

18   Q.    Okay.

19   A.    He was in that.

20   Q.    What is your basis for stating

21   that Mr. Lima knows all of this

22   information, other than I heard you

23   identify the April 2020 performance team

24   meeting?

25           Putting that meeting aside, what
```

```
 1         WALKER (HIGHLY CONFIDENTIAL)
 2    integrated accounts?
 3         MR. McQUADE:  I think someone
 4      needs to mute their phone.  We're
 5      getting some background sound.
 6    A.    Unfortunately that's mine.
 7    There's some construction next door, so
 8    that's mine.
 9    Q.    No problem.  We'll have to live
10    with that.
11         So the managing directors manage
12    those accounts.  What is the role of the
13    global sector leaders with respect to
14    those accounts?
15    A.    We set the strategy, we work with
16    the teams on making sure we share across
17    best practices, not only on the
18    integrated accounts but also around all
19    of our industry and our enterprise
20    accounts to do that.
21         We work very closely with Rodrigo
22    to say across sectors.  A lot of the
23    programatic things that Rodrigo owned
24    across that role, how do we set
25    incentives?  One of the key activities
```

```
 1          WALKER (HIGHLY CONFIDENTIAL)
 2   that we went through in February was
 3   changing our cloud incentives plan to be
 4   more competitive with Microsoft's plan.
 5          We talked about with Red Hat how
 6   do we change the incentives and how do
 7   we incent our teams across to do that so
 8   we could compete better with our Red Hat
 9   offerings.
10          We looked at, you know, our
11   strategies around hybrid cloud and the
12   differences by sectors.  We looked at
13   talent across.  Is there leaders that we
14   can take from one sector to another
15   sector to apply across.
16          And we looked at financially if
17   some sectors were weaker than others,
18   how could we shift investment and talent
19   to get more aggressive in the sectors
20   that we're seeing opportunity and
21   shifting talent, you know, and
22   investment from some of the sectors that
23   maybe didn't see the same opportunity.
24          So we work closely with him to
25   manage that.  His role was managing that
```

```
1           WALKER (HIGHLY CONFIDENTIAL)

2    the strategies in each one of those

3    accounts.  Those, there's a totality of

4    looking at across the accounts of things

5    that we can leverage and learn, but its

6    responsibility, my current

7    responsibility I'm responsible for the

8    performance of each one of those

9    accounts today.

10    Q.    Was Mr. -- when Mr. Lima was in

11   the role of general manager of

12   integrated account, was he in regular

13   contact with you when you were head of

14   the financial services sector regarding

15   the management of the integrated

16   accounts?

17         MR. SIGNORACCI:  Object to form.

18    A.    So yes, Rodrigo in his role as

19   the integrated account leader and mine

20   in my sector GM role, we had an almost

21   daily conversations getting into

22   specifics about each account, what we

23   were seeing, competitive issues, where

24   we needed help around escalations

25   Rodrigo would do that.  Rodrigo would be
```

```
 1          WALKER (HIGHLY CONFIDENTIAL)
 2   presenting at the performance team.  He
 3   presented to the performance of the
 4   integrated accounts, the root cause on
 5   issues we were seeing, and specific
 6   accounts where we needed to perform --
 7   on corrective matters.  So he
 8   represented not only in totality but in
 9   specifics all of the integrated
10   accounts, you know, at the performance
11   team meetings and at OT meeting that we
12   had at the IP level.
13   Q.    Are you aware of --
14   A.    Go ahead.
15         MR. SIGNORACCI:  Sorry, Jim, I
16    don't know if the witness was
17    finished answering.
18   A.    No, I was just going to say I
19   think the last one of those would have
20   been presenting at the performance team
21   meeting in April.  He presented an
22   update for where all the integrated
23   accounts were in April.
24         I'm still getting a bunch of
25   noise here.  Can we take a break and
```

```
 1            WALKER (HIGHLY CONFIDENTIAL)

 2    integrated account space, that falling

 3    into our industry space and also into

 4    our enterprise space.  So those across

 5    the industries are clients that are

 6    strategic to us that we are concerned

 7    about.  That I would be concerned about.

 8     Q.    How many -- how many integrated

 9    accounts have a significant presence in

10    Latin America?
```



24   Q.   Okay.  And all those customers

25   you just listed, are those all

```
 1           WALKER (HIGHLY CONFIDENTIAL)

 2   integrated accounts, IBM integrated

 3   accounts?

 4    A.    Yes, they are.

 5    Q.    Are you -- do you know when the

 6   last time Mr. Lima interacted with any

 7   IBM clients who had a presence in Latin

 8   America?

 9    A.    I'm not aware.  I wouldn't know.

10    Q.    And since July of 2017, Mr. Lima

11   has been working out of New York and was

12   responsible for the North America

13   clients; is that correct?

14           MR. SIGNORACCI:  Object to form.

15    A.    Rodrigo was responsible --

16   responsible for the clients whose

17   headquarters were in North America.

18   It's a difference.  All of those clients

19   typically are global clients with a

20   global footprint, and the way we manage

21   the business is the home country is

22   responsible for the global footprint.

23   So with AT&T it's headquartered in

24   Dallas, but the Mexico business is a

25   very large business and the Latin
```

1          WALKER (HIGHLY CONFIDENTIAL)

2     America business is a big one.  That was

3     managed from us by out of the US.

22     Q.    But not responsible for any

23   revenue outside of the US; isn't that

24   correct?

25          MR. SIGNORACCI:  Object to form.

```
 1          WALKER (HIGHLY CONFIDENTIAL)

 2      substance of any communications with

 3      in-house or outside counsel.  But you

 4      may answer.

 5   A.    My understanding -- my belief is

 6   that, and would need to be confirmed,

 7   but Bradesco and Banco do Brasil are two

 8   of his PEP accounts but I am sure he had

 9   PEP accounts in Latin America.

10   Q.    And how can you be sure of that

11   if you can't give me any names other

12   than two that you're guessing on?

13   A.    I'm not guessing.

14          MR. SIGNORACCI:  Object to form.

15   Q.    I'm sorry?

16   A.    I gave you -- I'm sorry, we are

17   talking over one another.

18          MR. SIGNORACCI:  And, Jim, sorry,

19      but some of the timing of the

20      questions I think has gotten muddled,

21      whether it was while he was signing

22      or when he just testified or what

23      you're asking him at the moment so if

24      you can be clear on the timing of

25      your question.
```

1          WALKER (HIGHLY CONFIDENTIAL)

2    Q.    My question is this.  You signed

3   a declaration stating that he had

4   primary -- he was maintaining the

5   primary relationship with several Latin

6   America clients through IBM's

7   partnership executive program.

8          You signed this declaration not

9   too long ago.  So I'm asking you as you

10  sit here today can you tell me which

11  Latin America clients you're referring

12  to in your declaration?

13   A.    Bradesco, Banco do Brasil and

14  Itaú.

15   Q.    And are you sure that he was the

16  primary relationship through the

17  partnership executive program for each

18  of those clients?

19          MR. SIGNORACCI:  Object to form.

20   A.    That's what I just -- yes, to the

21  best of my knowledge, yes.

22   Q.    And did you check that?  Did you

23  look at any documents?  Did you try to

24  verify that before you signed your

25  declaration?

```
 1          WALKER (HIGHLY CONFIDENTIAL)

 2   discussion.  And everyone in the room is

 3   required to participate and have done

 4   their homework by reading the pre-reads.

 5    Q.     And the pre-reads are provided

 6   and maintained in a box account; is that

 7   correct?

 8    A.     That's correct.

 9    Q.     And what do you recall was

10   discussed from the April 2020

11   performance team meeting?  And again,

12   I'm asking you specifically as you sit

13   here what do you recall was discussed at

14   that meeting?

15    A.     We had two sessions.  We

16   presented the normal pieces of the

17   normal performance of how we do.  In

18   this performance, the last April

19   performance meeting we had one session

20   which was done before earnings.

21   Typically our performance team meetings

22   are done post earnings.  This one

23   because with Covid we split and we had

24   one, our first day was before, while we

25   were still in blackout so we could not
```

1          WALKER (HIGHLY CONFIDENTIAL)

2    discuss any numbers, historical numbers

3    because we're in blackout.

```
17         But that was --
18   Q.    And how long -- sir, how long was
19   that call?
20         MR. SIGNORACCI:  One second.  I
21     think the videographer may have
22     interrupted.
23         THE VIDEOGRAPHER:  My apologies,
24     video lost audio.  I reconnected, the
25     time was at 3:43 p.m.
```

1              WALKER (HIGHLY CONFIDENTIAL)

2      forward in the integrated accounts.

3       Q.     Do you think Mr. Lima discussed

4      anything beyond Q2 in his presentation?

5       A.     I don't remember.

```
1            WALKER (HIGHLY CONFIDENTIAL)

2    A.    I -- I remember the meeting, the

3    key pieces.  If you want to quiz me on

4    any specifics, no, I couldn't answer

5    specifics on it at this time.

6    Q.    So what is the acceleration team?

7    Can you tell me what that is?

8    A.    The acceleration team is a

9    handpicked team by the CEO,

10   approximately the top 300 execs in the

11   company.  It used to be called the

12   innovation and growth team.  Now it is

13   called the acceleration team, and the

14   purpose of that team is to accelerate

15   the growth of IBM into the future

16   strategically.  Typically is a two day

17   session.  In that session we have a

18   mixture of internal/external speakers.

19   At the one that we had in January we had

20   keynote speaker was Howard Boville, who

21   was with Bank of America, who spoke on

22   our FX cloud partnership and why that

23   was strategic for Bank of America.

24          We had BNP Paribas, their CEO

25   came in and spoke about our public
```

```
 1          WALKER (HIGHLY CONFIDENTIAL)

 2    cloud, financial services cloud work

 3    that we were doing in France with BNP

 4    Paribas.

 5          We then break out into a number

 6    of workshops where with a whole number

 7    of topics that we work through as a team

 8    on a number of relevant things around

 9    the different aspects.  There's a

10    section on cloud, probably there's a

11    section on services, there's a section

12    on those and we break out into workshop

13    as teams over the two days.  So it is a

14    mixture of presentations and workshop

15    formats and internal and external

16    speakers.

17    Q.    And that two day meeting is an

18    annual meeting; is that correct?

19    A.    Correct.

20    Q.    Is it fair to say that the focus,

21    there's a focus on business alignment at

22    the acceleration team meeting?

23    A.    I'd say the focus is on strategy,

24    aligning everyone on the strategy that

25    we're taking going forward for the year.
```

1          WALKER (HIGHLY CONFIDENTIAL)

2    It's on networking, pulling the top 300

3    people together, we get a chance to

4    network, understand where all of our

5    colleagues are focused in doing it.  And

6    then it's on development.  We do hands

7    on work getting into the details around

8    understanding the details of what our

9    cloud play and offerings are, what we're

10   doing around our data feeds, what we're

11   doing around block chain, so workshops,

12   interactive sessions around those.  So

13   it would be strategic alignment, both

14   with a client view, external view and

15   internal view.  It would be around an

16   understanding of what are our key plays

17   and strategies for the year.  And then

18   around personal development of really

19   gaining a deeper understanding and

20   insight and detail into what our

21   offerings and capabilities are.

22          And then we will also have a

23   section on HR around personal

24   development and development of our

25   teams.

```
 1          WALKER (HIGHLY CONFIDENTIAL)
 2   which is what you're asking me, if
 3   that's -- you're asking my personal
 4   opinion?
 5    Q.    I am.  Your declaration is filled
 6   with personal opinion so I think it's
 7   fair to ask you about your personal
 8   opinion on this same topic.
 9    A.    I think there is roles in
10   Microsoft that wouldn't have a conflict,
11   that there would be roles that he would
12   work in that wouldn't be directly in
13   what we're doing with cloud in Latin
14   America, you know, with Red Hat, with
15   those other pieces.
16          So assuming there's roles that
17   would not be there, I don't know, in the
18   gaming part of Microsoft, the consumer
19   part of Microsoft, I'm assuming there's
20   other -- Microsoft is a very big, very
21   large company with many pieces of
22   business just like IBM.
23          So I'm sure there's probably
24   portions of Microsoft that he could do
25   and do very well which would not be in
```

```
 1          WALKER (HIGHLY CONFIDENTIAL)

 2    conflict from a competitive standpoint,

 3    pieces of the business that Microsoft do

 4    that we don't do, there would be no

 5    competition.

 6    Q.     Do you know whether Mr. Lima has

 7    any experience in his career with things

 8    like gaming?

 9    A.     I don't.  I do know Mr. Lima has

10    been a CFO, so he's very -- he's an

11    experienced CFO.  He's an experienced

12    general manager.  He's on the board of

13    directors of a pulp and paper firm, is a

14    director for those.  So he's -- he was

15    the CEO of a software company.  So I

16    would think with that experience he

17    would be probably more so than almost

18    any IBM exec ability to be successful in

19    other parts of Microsoft or actually in

20    other parts of the industry there.

21          He's a very balanced, very

22    seasoned exec as a general manager.

23    Q.     You testified earlier that the

24    managing director of integrated

25    accounts, the group of managing
```