Exhibit 3

1

2    UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK

3    -------------------------------------------X
   INTERNATIONAL BUSINESS MACHINES CORPORATION,

4

                      Plaintiff,

5

        v.

6

   RODRIGO KEDE DE FREITAS LIMA,

7

8                     Defendant.
   -------------------------------------------X

9

10

11        VIDEOTAPED DEPOSITION OF

12        JEAN-PHILIPPE COURTOIS

13         Tuesday, July 7, 2020

14

15

16

17

18

19

20    Reported by:

21    Rebecca Schaumloffel, CLR, RPR, CCR-NJ

22    Job No: 181522

23

24

25

```
 1                    J. COURTOIS
 2   would that communication violate Microsoft's
 3   policies?
 4              MR. DELIKAT:  Objection.  You
 5         can answer.
 6         A.    Yes.  Obviously that violate the
 7   Microsoft company's policy, absolutely, yes.
 8         Q.    Thank you.  Other than the SLT,
 9   are there other regular meetings that you
10   attend with Satya Nadella?
11         A.    The leadership team meetings, I
12   would say what you call the executive staff
13   meeting, which is meeting where we have all
14   of our corporate vice presidents joined for
15   three days and chat.  And I would also join
16   the Town Hall Q and A's and that we have
17   every few months where Satya would discuss
18   the news of the months and would handle any
19   questions that would be worthy of employees
20   and sometimes sharing my perspective in those
21   Q&A.
22         Q.    Going through each of those
23   meetings, first, the SLT.  Prior to his
24   resignation, did Cesar Cernuda attend the SLT
25   meetings?
```

1           J. COURTOIS

2        A.    I do understand what Cloud

3    Computing is.  It's a market that includes

4    product Cloud, private Cloud, perfect Cloud

5    which spans across infrastructure of the

6    business areas, public part, platform

7    necessaries, public Cloud and finally service

8    of private Cloud.  So you have many distinct

9    triggers.

10       Q.    Thank you.  I appreciate that.

11             In any of those aspects, does IBM

12   compete with Microsoft?

13       A.    Well, the very small I would say

14   real competition between IBM and Microsoft in

15   the private Cloud arena is where rarely I

16   would say, rarely, we may potentially compete

17   with IBM.  But, again, considering the market

18   position and the market that is lead by far

19   by Amazon, the last numbers which was another

20   (inaudible) in January 2020, Amazon Cloud was

21   15 and a half billion dollars.  Microsoft 5.0

22   billions.  Google 1.3 and IBM 0.58.  I think

23   that gives you a sense of the condition we

24   are hitting every day, which is head of US

25   and GCP in a private Cloud.

```
 1                 J. COURTOIS

 2        Q.    In the ordinary course of your

 3   business, you keep at the top of your mind

 4   IBM's revenues in Cloud; is that correct?

 5        A.    I don't keep IBM at the top of my

 6   mind at all in my business.  With them, my

 7   business engagements.  I think it's not at

 8   the top of the job at all.  It's not.

 9        Q.    You just recited to me the revenue

10   numbers of three companies other than

11   Microsoft, Amazon, Google, and IBM; is that

12   correct?

13        A.    Yes, I did.

14        Q.    Do you know what the term "one

15   Microsoft" means?

16        A.    When Microsoft refers to one of

17   our core values of the company, which is the

18   way we bring the very best of all different

19   functions across generating, across sales,

20   marketing, support, and all the back and

21   forth in the company, to enable a customer's

22   success, that's what we mean by one

23   Microsoft.

24        Q.    Does it also mean that you bring

25   the very best across all geographies that
```

1          J. COURTOIS

2  Microsoft participates in?

3      A.   One Microsoft actually means what

4  I exactly said before.  We want to bring the

5  one Microsoft across the functions we have

6  globally, of course anywhere the world where

7  we operate as a company.

8      Q.   Is it important to Microsoft that

9  its core values be implemented in the Latin

10  America region?

11      A.   Like any one of our values, it is

12  important that we could actually see them in

13  action, including Latin America, like any

14  other operation in the world, yes.

15      Q.   Prior to his resignation, was

16  Cesar Cernuda responsible for implementing

17  Microsoft's core values in Latin America?

18      A.   Cesar Cernuda, like any one of our

19  leaders running our area, as we call them,

20  certainly should embrace our culture and our

21  values.

22      Q.   What is the Global Sales and

23  Marketing Organization Leadership Team?

24      A.   The leadership team is comprised

25  of the leaders representing the US,

```
 1                    J. COURTOIS

 2       Q.    Understood.  Prior to his

 3   resignation, was Cesar Cernuda responsible

 4   for Microsoft's profits and loss in the Latin

 5   America region?

 6       A.    Can you repeat the question?

 7       Q.    Sure.  Prior to his resignation,

 8   was Cesar Cernuda responsible for Microsoft's

 9   profits and losses in the Latin America

10   region?

11       A.    He was responsible for the

12   commercial revenue in Latin America.  The

13   notion of P&L is quite limited.  He was

14   mostly responsible for the revenue at the top

15   line of the company.

16       Q.    He was responsible for growing

17   Microsoft's revenues in Latin America; is

18   that correct?

19       A.    That's correct.

20       Q.    And was Cesar Cernuda responsible

21   for leading Microsoft's competition against

22   its competitors in the Cloud Computing market

23   in Latin America?

24       A.    His role was like any one of my

25   leaders and the peers is all about
```

1              J. COURTOIS

2  accelerating of growth across enterprise

3  customers, across (inaudible) customers and

4  small medium-sized customers.  That's the

5  commission.  It's about enabling those

6  customers to benefit from our public services

7  at hyper scale.

8       Q.    Would you say that Cesar Cernuda

9  had customer-facing responsibilities at

10 Microsoft?

11      A.    Yes, he did.

12      Q.    Do you know how much Cesar Cernuda

13 made in compensation from Microsoft in 2019?

14      A.    I don't.

15      Q.    Do you have a sense of how much he

16 made from Microsoft in 2019?

17      A.    I don't want to speculate because

18 we have different programs that vary by

19 fiscal year on top of the base compensation,

20 so I just don't have the number in mind.

21      Q.    Cesar Cernuda report -- prior to

22 his resignation, Cesar Cernuda reported to

23 you, correct?

24      A.    He did, yes.

25      Q.    Were you involved in decisions

1                    J. COURTOIS



23        Q.    Are you aware that Cesar Cernuda

24    had a Noncompetition Agreement with

25    Microsoft?

```
 1                    J. COURTOIS

 2        A.    Yes.  I am pretty aware of such a

 3   clause, yes.

 4        Q.    Are you familiar with the terms of

 5   that restriction?

 6        A.    Yes.

 7        Q.    Do you understand that it

 8   restricted him from joining a competitor for

 9   12 months after leaving Microsoft?

10        A.    So the very specific requirements

11   we have for all employees, including Cesar

12   Cernuda, on the proper close of five things.

13   Number one, reminded, of course, that they

14   should never clearly use any knowledge they

15   have of unique information from the company

16   if and when they leave the company.

17   Certainly when we asked, again, as well the

18   person, if the person joins the company, we

19   are never asking the person to join us

20   because the unique knowledge and confidential

21   information they would have of our company.

22   And we expect for the same from our employees

23   when they leave Microsoft not to reveal any

24   such information.

25              Clearly, we remind our employees
```

```
 1                  J. COURTOIS
 2   about that obligation of the Employment
 3   Agreement, like in the case of Cesar Cernuda.
 4   And as a matter of fact, when Cesar Cernuda
 5   left, he was assisted by our legal team as
 6   well to make sure he was complying with all
 7   those requirements, including the personal
 8   information he has, the devices and so on, in
 9   details.  And the last point I would say,
10   Cesar Cernuda, like all Microsoft employees,
11   go every year to a training, we call this our
12   business comment which is a video training.
13   And the video training includes non-compete
14   information as well in training.  And all
15   employees have to sign that and verify they
16   go through the training after they complete
17   it.  So Cesar Cernuda has done all of the
18   above.
19        Q.    Cesar Cernuda has left Microsoft
20   to join another company; is that correct?
21        A.    Yes.
22        Q.    And he did not join IBM, did he?
23        A.    He did not join IBM.
24        Q.    He did not join Google, did he?
25        A.    No.
```

1              J. COURTOIS

2      Q.    Do you know who Arvind Krishna is?

3      A.    The new CEO of IBM.

4      Q.    In all of your discussions with

5 Rodrigo Lima, has he ever criticized IBM?

6      A.    I would say Rodrigo was -- he was

7 disappointed by the lack of change at IBM in

8 terms of the culture, in terms of the way

9 people work, in terms of reorganization-type

10 decisions, in terms of probably a bolder

11 agenda for the future.

12      Q.    And Rodrigo told you all that?

13      A.    He shared some of those feelings

14 with me.

15      Q.    Did he share those feelings with

16 you on multiple occasions or were you

17 describing one conversation?

18      A.    These come back a couple of times

19 probably during two of our meetings.

20      Q.    Can you hear me?

21      A.    Pretty low.

22            MR. DELIKAT:  Off the record.

23            (Whereupon, a recess was held.)

24 BY MR. SIGNORACCI:

25      Q.    If we go to the second page of

1               J. COURTOIS

2    this document, about one-third down, there is

3    a new message from you.

4               Do you see that?

5        A.    Can you restate it, maybe more

6    precisely?

7        Q.    Yes.  It's from August 6, 2019, at

8    6:26.

9        A.    Yes.

10       Q.    It has a list of topics.  Number 2

11   says, "Cloud projects: Cloud modernization,

12   Cloud architecture versus Managed services

13   deals."

14              Do you see that?

15       A.    Yes.

16       Q.    Do you understand this to be

17   Rodrigo speaking to you about his work at

18   IBM?

19       A.    This email was actually a note I

20   sent to myself, as you can see on the "from"

21   line and on the "to" line.  That was more of

22   an outline of some of the topics I wanted to

23   discuss with Rodrigo.

24       Q.    This is your list of topics to

25   discuss with Rodrigo?

1            J. COURTOIS

2        A.    That was my intent before starting

3    the meeting, yes.

4        Q.    What is topic -- can you read

5    Topic No. 5?

6        A.    Topic No. 5, "Strategy : RedHat ?

7    Openshift."

8        Q.    What is RedHat and Openshift?

9        A.    What is your question, sorry?

10   What is it?

11       Q.    What is RedHat and Openshift?

12       A.    RedHat is a name of a company that

13   is well-known in the industry, running

14   clearly open source software and, again, had

15   a Cloud services that was acquired by IBM.

16   And Openshift is one of their services.

17       Q.    The date of this document is

18   August 6, 2019; is that correct?

19       A.    Yes.

20       Q.    And by August 6, 2019, RedHat had

21   been acquired by IBM; is that correct?

22       A.    Yes.

23       Q.    And in August 2019, one of the

24   topics that you wanted to discuss with

25   Rodrigo Lima was strategy, RedHat, Openshift;

1                    J. COURTOIS

2    is that correct?

3         A.    Which date did you say, you said

4    August --

5              MR. DELIKAT:  The date of the

6         meeting you --

7         A.    August 6th?

8         Q.    Yes.

9         A.    I thought you said 27.

10        Q.    Apologies.

11              Did you ever discuss IBM

12   confidential information with Rodrigo Lima?

13        A.    I did not discuss any of the

14   confidential information with Rodrigo Lima.

15        Q.    Did Rodrigo Lima ever provide you

16   any IBM documents?

17        A.    He never did.

18        Q.    Do you value Rodrigo Lima's

19   perspective on Cloud Computing?

20        A.    I value Rodrigo's leadership

21   skills.  I value Rodrigo's details of

22   experiences across a number of roles in the

23   US and Brazil.  And I value his values,

24   actually, and his of course mindset.

25        Q.    Do you value his views on RedHat?

1              J. COURTOIS

2        A.    That was not really a key

3   discussion topic at all.  That was more of

4   the news at the time, obviously, because it

5   was public information, but that's it.

6        Q.    If you look further down the page

7   underneath the next email, also, from you to

8   yourself, this one is from May 27th.  The

9   first line says, "Part of 25 people/IBM

10  level."

11       A.    Yes.

12       Q.    And the next line says, "In New

13  York, largest organization for the company,

14  40K people and$ 11B business, 25% of the

15  company's profit"; is that correct?

16       A.    Yes.  That's what he says, yep.

17       Q.    Do you know where you received

18  those numbers that you put in your note to

19  yourself on May 27, 2019?

20       A.    You mean where this information

21  came from?  I don't recall precisely.

22       Q.    Do you think that these numbers

23  came from Rodrigo Lima?

24       A.    I'm not sure, honestly.  I'm not

25  sure.

```
 1                    J. COURTOIS
 2        Q.    Do you think that these numbers
 3   came from a publically-filed document by IBM?
 4        A.    I don't know.
 5        Q.    Does Microsoft report its revenues
 6   and profits by individual business units
 7   within geographies?
 8        A.    No, we don't.
 9        Q.    Would that information be
10   confidential Microsoft information?
11        A.    We have some other information
12   revenue where we bragged on our product and
13   services between productivity, intelligence
14   services and personal computing.  That's
15   where we bragged on the numbers of Microsoft.
16        Q.    Do you know whether the numbers in
17   this note have been publically reported by
18   IBM?
19        A.    Honestly, I don't know.
20        Q.    So these numbers could be IBM
21   confidential information; is that correct?
22        A.    I just don't know.
23        Q.    In 2019, you had conversations
24   with Rodrigo Lima about Rodrigo Lima joining
25   Microsoft; is that correct?
```

```
 1                  J. COURTOIS

 2       A.    Yes.  Potentially, yes.

 3       Q.    What role had you considered

 4  Rodrigo Lima for at Microsoft in 2019?

 5       A.    As I said initially, the very

 6  first meeting in May was about exploring and

 7  getting to know Rodrigo as a leader, which I

 8  do, as I told you, in the context of a

 9  succession planning work we do, year after

10  year across the world.  Later on, I think he

11  tell me in the August meeting, we discussed

12  the Asia role for Rodrigo Lima.  I was

13  looking for a leader to take over for my

14  former leader for Asia.  And so Rodrigo was

15  the leader I was starting to consider for

16  that Asia role seriously.

17       Q.    So the Latin America role that

18  Rodrigo has accepted at Microsoft is not the

19  only role that you considered him to be

20  appropriate for at Microsoft; is that

21  correct?

22       A.    That's correct.

23       Q.    In 2019, did the topic of Rodrigo

24  Lima's Noncompetition Agreement with IBM ever

25  arise in your discussions about potentially
```

1                    J. COURTOIS

2  forward looking.

3       Q.    It could mean, I'm sorry?

4       A.    It could mean the future or maybe

5  forward looking consideration, I guess.  I

6  don't know what those were.

7       Q.    Your understanding is that Stijn

8  could mean that Microsoft is hiring Rodrigo

9  Lima in the Latin America role that is

10  forward looking to move Rodrigo Lima to the

11  United States Microsoft subsidiary; is that

12  correct?

13      A.    What I read is Stijn says that

14  Rodrigo Lima, you know, could do some other

15  roles in the company elsewhere in the

16  organization as well.  That's what I read,

17  yes.

18      Q.    And then the next line I will read

19  says, "Landing him in Lat Am allows us to

20  avoid the non-compete situation and to get

21  him grounded into the Microsoft operations

22  right away."

23             Did I read that correctly?

24      A.    Yes.

25      Q.    Does "Lat Am" mean Latin America?

1                       J. COURTOIS

2         A.    Yes.

3         Q.    Do you understand Stijn to be

4    saying that the Latin America role that

5    Microsoft offered Rodrigo Lima was designed

6    to avoid the non-compete situation with

7    Rodrigo Lima's Noncompetition Agreement with

8    IBM?

9              MR. DELIKAT:  Objection as to

10        form.  You can answer.

11             THE WITNESS:  Sorry?

12             MR. DELIKAT:  I objected as to

13        form, but you can answer the question

14        if you can.

15        A.    I think what Stijn means in that

16   email is that Latin America job, you know,

17   was not presenting any significant

18   non-compete issue for the role.  I think

19   that's what he means.

20        Q.    Is it your understanding that

21   there are some roles at Microsoft that would

22   create a non-compete situation for Rodrigo

23   Lima?

24        A.    My understanding of Rodrigo, as I

25   said before, is that he has clearly a

1              J. COURTOIS

2    Microsoft in Cesar Cernuda's last 12 months

3    as Corporate Vice President of Latin America?

4         A.    I think he might, indeed, yes.  He

5    might.

6         Q.    You made an announcement to

7    executive teams about Rodrigo Lima's joining

8    Microsoft on June 22, 2020; is that correct?

9         A.    I don't recall the precise date,

10   but I did indeed announce his presentation,

11   yes.

12        Q.    I will share another exhibit with

13   you.

14        A.    Okay.

15        Q.    We are up to 5.

16              (Whereupon, Courtois Exhibit 5,

17        MSFT'0173 through '0174 was marked for

18        identification as of this date by the

19        Reporter.)

20        Q.    Can you see this exhibit?

21        A.    I can, yes.

22        Q.    Is a June 22nd email from Rodrigo

23   Lima to you; is that correct?

24        A.    Yes, I can see that, yes.

25        Q.    And it includes some group emails

1             J. COURTOIS

2    including the latam@microsoft.com; is that

3    correct?

4         A.    Yes.

5         Q.    If you go to the bottom of this

6    first page, it's an -- the original email is

7    from you to a group called GSMO All FTE; is

8    that correct?

9         A.    Yes.

10        Q.    What is that group?

11        A.    That group includes the GSMO

12   full-time employees.

13        Q.    About how many Microsoft employees

14   do you think are in that group?

15        A.    I would say roughly, because there

16   is always a mix so I don't be that precise, I

17   could be wrong, but it could be certainly

18   more than 23,000 people.

19        Q.    23,000 people?

20        A.    Approximately, again, because I

21   don't know precisely between actually

22   entities at that date.  But it should be more

23   than 20,000 potentially, yes.

24        Q.    And then there is a second email

25   called GSMO All Extended FTE; is that

```
 1                    J. COURTOIS
 2   correct?
 3        A.    Yes.
 4        Q.    And what is that group?
 5        A.    I don't know, actually.  I don't
 6   know what this actually includes.  I read it,
 7   but I see, I don't know exactly what it means
 8   here.
 9        Q.    Okay.  And copied on your email is
10   rodrigo.kede@hotmail.com, correct?
11        A.    Yes.
12        Q.    Do you recognize that email
13   address of rodrigo.kede@hotmail.com?
14        A.    Yes.
15        Q.    Do you know whether you had ever
16   used, whether you had ever sent a
17   communication to that email address prior to
18   this communication?
19        A.    Honestly, I don't recall.  I may,
20   but I'm not sure.
21        Q.    Do you recall having emailed
22   Rodrigo at his Gmail account?
23        A.    Might have been the case.  Again,
24   I could be confused now between Hotmail or
25   Gmail, but at least one of his personal email
```

```
 1                    J. COURTOIS

 2   accounts, that's very likely, yes.

 3       Q.    Your message says, "Team, I hope

 4   you and your beloved ones are safe and well.

 5             "I am delighted to announce that

 6   Rodrigo Kede Lima will join us as the CVP of

 7   Microsoft, Latin America, at a date to be

 8   announced shortly"; is that correct?

 9       A.    Yes.

10       Q.    What date do you expect to

11   announce Rodrigo Kede Lima as the CVP of

12   Microsoft, Latin America?

13       A.    As this email says, shortly.  But

14   it was not a date at the time that was clear

15   enough to be communicated.

16       Q.    Was it your idea to send this

17   email on June 22, 2020?

18       A.    It's regular communication process

19   we have to inform our people, employees,

20   about the new leadership coming in.

21       Q.    It's a regular business process of

22   Microsoft; is that correct?

23       A.    Yes.

24       Q.    And when Rodrigo Lima responds to

25   the group, did you instruct Rodrigo to
```

1              J. COURTOIS

2   attend the call.  And so the goal was to

3   thank him, which I did.  It was also to

4   announce that there would be a new leadership

5   in Latin America with Rodrigo Lima.  And I

6   was also announcing the SMO Vice President

7   Mariana Castro being named in that function

8   to lead these callers.

9        Q.    Would you describe the purpose of

10   this call as being Microsoft business?

11        A.    I would describe that as a Latin

12   Leadership Team call.

13        Q.    And the LATAM leadership team

14   participates in Microsoft's business; is that

15   correct?

16        A.    Yes.

17        Q.    Will the Latin American Leadership

18   Team report to Rodrigo Lima if he starts the

19   role of Corporate Vice President of Latin

20   America?

21        A.    When you start, he will have a

22   number of leaders on that team reporting to

23   him, yes.

24        Q.    So Rodrigo Lima was addressing his

25   direct reports at Microsoft in this call?

1                    J. COURTOIS

2        A.    It was a very short, actually

3   introduction email.  He said he was very

4   excited with respect to of joining Microsoft

5   and leading that team in the future.  He

6   talked about his roots in Brazil.  He talks

7   about the fact that he loves Latin America.

8   He talks about the fact that he loves

9   technology impact in the business and in

10  society.  And he talks about loving football,

11  there is a lot of excitement in Latin

12  America, as you probably aware, people love

13  soccer in the US, soccer ball.  And so that's

14  what he touch on.  It was a very personal

15  introduction.

16       Q.    Do you know whether after the

17  email went out and the phone call occurred

18  any Microsoft employees reached out to

19  Rodrigo Lima in response?

20       A.    I am not aware of all the -- of

21  any calls, except clearly a connection he had

22  with Mariana.  Mariana would be working with

23  him in the future.

24       Q.    What was the nature of that

25  connection between Rodrigo and Mariana?

1              J. COURTOIS

2       A.    I was not on the call so I

3  couldn't tell, I wouldn't tell, but I think

4  it was just a personal introduction, again,

5  of the two of them.

6       Q.    You are aware that Rodrigo and

7  Mariana had a phone call?

8       A.    I think what's he shared with me

9  and Mariana as well, yes.

10       Q.    Do you know whether any Microsoft

11  employees emailed Rodrigo in response to his

12  announcement?

13       A.    I don't know.

14       Q.    Did you instruct Microsoft

15  employees not to email Rodrigo in response to

16  his announcement?

17       A.    I did not instruct anything

18  additional to the communication you saw.

19       Q.    Did you instruct anyone not to

20  reach out to Rodrigo?

21       A.    I did not, again, specifically ask

22  people not to reach out to Rodrigo, except

23  that connection with Mariana Castro, yes.

24       Q.    I think I understand your

25  testimony to be that you did not instruct

1              J. COURTOIS

2        Q.    Do you know what they spoke about?

3        A.    I don't know the details except

4    that both of them were pleased with the very

5    short personal introduction.

6        Q.    Do you know whether they spoke

7    about Microsoft's business?

8        A.    I don't know.

9        Q.    Did Rodrigo report to you after he

10   had the call with Mariana?

11       A.    Do you recall what?

12       Q.    Anything.  Did you speak to

13   Rodrigo in any way after he had the call with

14   Mariana?

15       A.    No.  The only thing I recall was

16   positive feedback from Mariana having talked

17   to Rodrigo, but it's just personality.

18       Q.    Are you subject to a

19   Noncompetition Agreement with Microsoft?

20       A.    Yes.

21       Q.    Did you sign a Noncompetition

22   Agreement with Microsoft?

23       A.    Yes.  It's part of my contract,

24   yes.

25       Q.    Do you intend to honor your

```
 1                    J. COURTOIS
 2  Noncompetition Agreement with Microsoft?
 3       A.    Of course I do.
 4       Q.    Do you know what the duration of
 5  your Noncompetition Agreement with Microsoft
 6  is?
 7       A.    To be honest, I joined the company
 8  35 years ago at a very different time.  And I
 9  don't -- I am embarrassed, I would say, a
10  version of that, of that agreement.
11       Q.    Do you know if you signed a
12  Noncompetition Agreement with Microsoft
13  35 years ago?
14       A.    At the time there was not such a
15  compete clause at the very beginning of the
16  company.
17       Q.    More recently, have you signed
18  another Noncompetition Agreement with
19  Microsoft?
20       A.    So more recently, what I am doing
21  is like every employee, I am basically
22  signing off as a service business that
23  includes all the specifics of the non-compete
24  mediations of a Microsoft employee.
25       Q.    Do you know if you have a
```

1               J. COURTOIS

2    restriction that if you leave Microsoft you

3    can't join a competitor for a certain period

4    of time?

5         A.    I will not be willing nor have a

6    desire to join any competitor for Microsoft.

7         Q.    I appreciate that.  Do you know

8    whether you have a restriction that prohibits

9    you from doing so?

10        A.    I think for sure there would be a

11   restriction for me to join a competitor, yes.

12        Q.    Do you have also have a

13   confidentiality agreement with Microsoft?

14        A.    Yes, I do.

15        Q.    Do you also have a customer

16   non-solicitation provision with Microsoft?

17        A.    Can you elaborate what you mean by

18   that, a customer non-solicitation agreement?

19        Q.    Do you have any provision that

20   restricts your ability to solicit business

21   from customers if you leave Microsoft?

22        A.    You mean some specific customers,

23   you're talking leaving the company you mean?

24   I don't know.

25        Q.    Do you know if you have an

1               J. COURTOIS

2    which Microsoft has sought to enforce its

3    Noncompetition Agreements?

4         A.    Since Satya Nadella joined office

5    of the CEO, he never file any non-compete

6    clause, any lawsuits against any employees of

7    the company.

8         Q.    And when did Satya Nadella join as

9    CEO of the company?

10        A.    In 2014.

11        Q.    Prior to 2014, are you familiar

12   with any proceedings in which Microsoft

13   sought to enforce its noncompetition

14   agreements against a departing employee?

15        A.    I don't know.

16        Q.    Do you know who Matt Miszewski is?

17        A.    I think I know this name from the

18   past, that's someone who works at Microsoft,

19   but I don't recall the role he used to have.

20        Q.    Matt Miszewski was Microsoft's

21   general manager of worldwide government in

22   2011.  Do you recall that?

23        A.    Could be, yes.  In the US?  Yes.

24        Q.    Do you recall that Matt Miszewski

25   left Microsoft to take a position at

```
 1               J. COURTOIS

 2   SalesForce.com?

 3        A.    I don't.  I don't.

 4             MR. DELIKAT:  Let me just ask

 5        the Court Reporter.  I notice on the

 6        clock we have passed or are at

 7        two-and-a-half hours.  I know we also

 8        took a break also.  Can you tell us

 9        how much running time there has been

10        on the deposition?

11             THE COURT REPORTER:  I'm going

12        to defer to the videographer for that.

13        I wasn't tracking.

14             MR. DELIKAT:  Okay.

15             THE COURT REPORTER:  Thank you.

16             THE VIDEOGRAPHER:  So far we

17        have about -- it's just a bit under

18        two-and-a-half hours on my clock.

19             MR. DELIKAT:  Okay.  And so

20        "just a bit" is, five minutes, three

21        minutes, ten minutes?  Can you be a

22        little bit more ballpark?

23             THE VIDEOGRAPHER:  I'll tell you

24        what, five to seven minutes.

25             MR. DELIKAT:  Okay, very good.
```

J. COURTOIS

1

2  manage multiple clouds.  Could be Azure

3  Microsoft, could be GCP Google, could be LBS.

4  It could be all sorts of private Cloud

5  infrastructures altogether.

6       Q.    Private and Cloud infrastructures?

7       A.    Including as well.  Not only, yes.

8       Q.    Do you know whether IBM markets

9  products and services that compete with

10 Microsoft Azure Arc?

11      A.    I think that IBM has a number of

12 different services to manage, again, hybrid

13 Cloud those services.  So in that sense, it

14 could be some form of competition with Arc.

15      Q.    Do you know whether Microsoft

16 creates internal analyses of the competitors

17 in the markets where it offers products and

18 services?

19      A.    Microsoft is always looking into

20 investing for innovative services based on

21 the customer needs.  And so we are studying

22 the complete landscape as well, of course.

23      Q.    Is there any division within

24 Microsoft devoted to performing internal

25 analyses of competitors in the markets where