Exhibit 10

Rough Transcript

2   makeclear that all the questions I'm going to

3   ask you about different offerings are

4   related, I want you to answer only up until

5   the point that Mr. Lima left the business in

6   -- and resigned from IBM.

7          What about office 365, what was the

8   answer on that?

9       A.   No, we don't have an offering for

10  office 365.

11      Q.   What about a gaming platform.

12           What does IBM offer?

13      A.   We don't offer anything on gaming.

14      Q.   And do you know how big a part of

15  the business for Microsoft gaming and gaming

16  in the cloud is?

17           MR. SIGNORACCI:  Object to form you

18      may answer.

19      A.   I don't know.

20      Q.   What about V R.  Virtual reality,

21  what is your offering on that, up to the

22  point when he left?

23      A.   Virtual reality we have some

24  offerings on that, actually a platform on the

25  cloud, a power platform is very good in this

Rough Transcript

2      Q.    Are you on the client experience

3   team?

4      A.    Yes.

5      Q.    And do you know at the time that

6   Mr. Lima resigned or at any time in 2020,

7   after his job changed you was he on the

8   client experience team?

9      A.    No.

10          He was the previous year because he

11   presented to me a very good work that he was

12   doing in the client experience team in that

13   year and these things are rotationnal, you

14   spend one year, you leave, and other people

15   come for the next year so we give people

16   experience of.  Executive, I remember he was

17   last year and he did a very good project

18   around booster was the name.

19          About improveing the quality and

20   grievances of clients.

21      Q.    So in 2020 though eMoved to become

22   the head of the integrated accounts; correct?

23      A.    Yes.

24      Q.    Which is the top 77 clients of IBM;

25   correct?

2      A.    Yes.

3      Q.    And each one of those top 77

4   clients has an individual that has

5   responsibility for that account, that is, was

6   not Mr. Lima, correct?

7      A.    Mr. Lima was the leader of those 77

8   managing directors that we call them.

9      Q.    So, was it one managing director

10  for each integrated account that had

11  responsibility?

12     A.    Yes.

13     Q.    Over it sore sometimes they had

14  multiple, one?

15     A.    No, one every -- every account had

16  one managing director.

17     Q.    And Mr. Lima was at the top of that

18  pyramid and those 77 individuals with client

19  responsibility for the top 77 accounts

20  reported to him; correct?

21     A.    Yes.

22     Q.    Okay.

23           Can you tell us whether in 2020,

24  after he was put in the job, Mr. Lima had

25  direct contact with a single one of the 77