# Exhibit 15

| From: | rhaas@us.ibm.com |
|---|---|
| To: | jzufiria@ibm.com <jzufiria@ibm.com> |
| CC: | bart_van_den_daele@be.ibm.com <bart_van_den_daele@be.ibm.com>;rodrigok@ibm.com <rodrigok@ibm.com>;pguido@us.ibm.com <pguido@us.ibm.com>;vivek@jp.ibm.com <vivek@jp.ibm.com>;ziad.chalhoub@us.ibm.com <ziad.chalhoub@us.ibm.com>;rsporter@us.ibm.com <rsporter@us.ibm.com>;tushar.amin@us.ibm.com <tushar.amin@us.ibm.com>;sanatk@us.ibm.com <sanatk@us.ibm.com>;memeehan@us.ibm.com <memeehan@us.ibm.com> |
| Sent: | 9/18/2019 10:27:21 PM |
| Subject: | Sept BoD: Draft Speaker Notes |
| Attachments: | Sept 2019 BoD - GTS Speaker and Crib Notes V4.4.docx |

Hi Juan,

Attached below is a draft of your speaker notes for the Sept BoD. We have also put many of the primary documents and prep content in to a folder in Box at:

Please feel free to let us know if you have any comments or feedback.

Best,

Rich



Sept 2019 BoD - GTS Speaker and Crib Notes V4.4.docx

Richard Haas, Ph.D.
Vice President, GTS Strategy & Transformation
IBM Global Technology Services
Mobile: (617) 842 - 2631
Email: rhaas@us.ibm.com



PRELIMINARY INJUNCTION
HEARING

**JX-84**

7:20-cv-04573

![IBM]

## IBM Board of Directors
## 2019 Strategy Meeting

# Services in Hybrid Cloud

**Panelists**



**Mark Foster**
Senior Vice President
IBM Services and Global Business Services



**John Granger**
Senior Vice President
Global Business Services



**Juan Antonio Zufiria Zatarain**
Senior Vice President
Global Technology Services



**Rodrigo Kede Lima**
GM, North America
Global Technology Services



**Bart Van den Daele**
GM, Worldwide Service Delivery & Integrated Ops
Global Technology Services

September 24, 2019

HIGHLY CONFIDENTIAL IBM INFORMATION
IBM-Lima-0014043



HIGHLY CONFIDENTIAL IBM INFORMATION



HIGHLY CONFIDENTIAL IBM INFORMATION



HIGHLY CONFIDENTIAL IBM INFORMATION



HIGHLY CONFIDENTIAL IBM INFORMATION

IBM-Lima-0014047



HIGHLY CONFIDENTIAL IBM INFORMATION

IBM-Lima-0014048



HIGHLY CONFIDENTIAL IBM INFORMATION

IBM-Lima-0014049



HIGHLY CONFIDENTIAL IBM INFORMATION   IBM-Lima-0014050



HIGHLY CONFIDENTIAL IBM INFORMATION

IBM-Lima-0014051



HIGHLY CONFIDENTIAL IBM INFORMATION

IBM-Lima-0014052



HIGHLY CONFIDENTIAL IBM INFORMATION

IBM-Lima-0014053



HIGHLY CONFIDENTIAL IBM INFORMATION



HIGHLY CONFIDENTIAL IBM INFORMATION                    IBM-Lima-0014055



HIGHLY CONFIDENTIAL IBM INFORMATION



HIGHLY CONFIDENTIAL IBM INFORMATION



HIGHLY CONFIDENTIAL IBM INFORMATION

IBM-Lima-0014058





























