Exhibit 17

Richard Haas, Ph.D.
Vice President, GTS Strategy & Transformation
IBM Global Technology Services
Mobile: (617) 842 - 2631
Email: rhaas@us.ibm.com

HIGHLY CONFIDENTIAL IBM INFORMATION

IBM-Lima-0062720

IBM.

IBM Board of Directors
2019 Strategy Meeting

# Services in Hybrid Cloud

Panel Discussion Guide – GTS

9/16/2019 8:03 PM
IBM confidential

HIGHLY CONFIDENTIAL IBM INFORMATION

IBM

IBM Board of Directors
2019 Strategy Meeting

# Services in Hybrid Cloud

**Mark Foster**
Senior Vice President
IBM Services and Global Business Services

**Juan Antonio Zufiria Zatarain**
Senior Vice President
Global Technology Services

*September 24, 2019*

**Panelists**



**John Granger**
Senior Vice President
Global Business Services



**Rodrigo Kede Lima**
GM, North America
Global Technology Services



**Bart Van den Daele**
GM, Worldwide Service Delivery & Integrated Ops
Global Technology Services

HIGHLY CONFIDENTIAL IBM INFORMATION

IBM-Lima-0062727

IBM-Lima-0062745



Preliminary Injunction Hearing JX-83    p. 27 of 52

HIGHLY CONFIDENTIAL IBM INFORMATION



IBM Board of Directors
2019 Strategy Meeting

# Services in Hybrid Cloud

Panel Discussion Guide – GTS

Preliminary Injunction Hearing JX-83    p. 28 of 52



IBM Board of Directors
2019 Strategy Meeting

# Services in Hybrid Cloud

**Mark Foster**
Senior Vice President
IBM Services and Global Business Services





**Juan Antonio Zufiria Zatarain**
Senior Vice President
Global Technology Services

**Panelists**

**John Granger**
Senior Vice President
Global Business Services

**Rodrigo Kede Lima**
GM, North America
Global Technology Services

**Bart Van den Daele**
GM, Worldwide Service Delivery & Integrated Ops
Global Technology Services

*September 24, 2019*

1

