# Exhibit 18

IBM.

**IBM Board of Directors**
**2019 Strategy Meeting**

## Discussion Materials

September 23-24, 2019

IBM CONFIDENTIAL / © 2019 IBM Corporation

1

7/2/2020 1:05 PM
IBM confidential



PRELIMINARY INJUNCTION
HEARING
**JX-86**
7:20-cv-04573

IBM.

IBM Board of Directors
2019 Strategy Meeting

## Open Source business model:
past, present, and what is ahead



**Jim Whitehurst**
President and CEO, Red Hat

*September 23, 2019*

IBM CONFIDENTIAL / © 2019 IBM Corporation

18

7/2/2020 1:05 PM
IBM confidential

HIGHLY CONFIDENTIAL IBM INFORMATION

IBM-Lima-0100649

IBM

IBM Board of Directors
2019 Strategy Meeting

# The Cognitive Enterprise
## Vision and Game Plan

 **Mark Foster**
Senior Vice President
Global Business Services

 **Rob Thomas**
General Manager, IBM Data and AI
IBM Cloud and Cognitive Software

September 24, 2019

IBM CONFIDENTIAL / © 2019 IBM Corporation

7/2/2020 1:05 PM
IBM confidential

HIGHLY CONFIDENTIAL IBM INFORMATION

IBM-Lima-0100658



IBM Board of Directors
2019 Strategy Meeting

## Services in Hybrid Cloud



**Mark Foster**
Senior Vice President
IBM Services and Global Business Services



**Juan Antonio Zufiria Zatarain**
Senior Vice President
Global Technology Services

September 24, 2019

**Panelists**



**John Granger**
Senior Vice President
Global Business Services



**Rodrigo Kede Lima**
GM, North America
Global Technology Services



**Bart Van den Daele**
GM, Worldwide Service Delivery & Integrated Ops
Global Technology Services

7/2/2020 1:05 PM
IBM confidential

HIGHLY CONFIDENTIAL IBM INFORMATION



IBM Board of Directors
2019 Strategy Meeting

# Discussion Materials

*September 23-24, 2019*

IBM CONFIDENTIAL / © 2019 IBM Corporation

1

































IBM Board of Directors
2019 Strategy Meeting

# Open Source business model:
## past, present, and what is ahead



**Jim Whitehurst**
President and CEO, Red Hat

*September 23, 2019*

IBM CONFIDENTIAL / © 2019 IBM Corporation

Preliminary Injunction Hearing JX-86    p. 85 of 134

















27

IBM Board of Directors
2019 Strategy Meeting

# The Cognitive Enterprise

Vision and Game Plan



**Mark Foster**
Senior Vice President
Global Business Services

**Rob Thomas**
General Manager, IBM Data and AI
IBM Cloud and Cognitive Software

*September 24, 2019*

IBM CONFIDENTIAL / © 2019 IBM Corporation

Preliminary Injunction Hearing JX-86    p. 94 of 134









