



















IBM

IBM Board of Directors
2019 Strategy Meeting

# Services in Hybrid Cloud

**Panelists**



**Mark Foster**
Senior Vice President
IBM Services and Global Business Services



**John Granger**
Senior Vice President
Global Business Services



**Juan Antonio Zufiria Zatarain**
Senior Vice President
Global Technology Services



**Rodrigo Kede Lima**
GM, North America
Global Technology Services



**Bart Van den Daele**
GM, Worldwide Service Delivery & Integrated Ops
Global Technology Services

*September 24, 2019*

43

Preliminary Injunction Hearing JX-86   p. 110 of 134















































