# Exhibit 36

| | |
|---|---|
| **From:** | Tineke Hermet-Veldhuis <tinekehv@microsoft.com> |
| **To:** | Stijn Nauwelaerts <stijnna@microsoft.com> |
| **Sent:** | 6/21/2020 6:48:07 PM |
| **Subject:** | RE: Latam LT call this monday |

Of course !



**Tineke Hermet**

Executive Assistant to Jean-Philippe Courtois
Executive Vice President & President of Microsoft Global Sales, Marketing & Operations
Le Campus – 39, Quai Président Roosevelt – 92130 Issy les Moulineaux – France
Office:   +33 (0)1 57 75 10 86
Mobile:  33 (0)6 14 54 13 18
tinekehv@microsoft.com


**From:** Stijn Nauwelaerts
**Sent:** 21 June 2020 20:47
**To:** Tineke Hermet-Veldhuis
**Subject:** RE: Latam LT call this monday

Thanks!  Can you also pls include me :)
Dankjewel
Stijn

**From:** Tineke Hermet-Veldhuis <tinekehv@microsoft.com>
**Sent:** Sunday, June 21, 2020 8:45 PM
**To:** Stijn Nauwelaerts <stijnna@microsoft.com>; Jean-Philippe Courtois <jeanc@microsoft.com>; Kate Steele <Heloise.Steele@microsoft.com>
**Cc:** Soraya Scott <soscott@microsoft.com>
**Subject:** RE: Latam LT call this monday

I will send the invitation for tomorrow's call now

Tx
Tineke



PRELIMINARY INJUNCTION HEARING
**JX-255**
7:20-cv-04573

Confidential

MSFT_000000782

 **Tineke Hermet**

Executive Assistant to Jean-Philippe Courtois
Executive Vice President & President of Microsoft Global Sales, Marketing & Operations
Le Campus – 39, Quai Président Roosevelt – 92130 Issy les Moulineaux – France
Office:   +33 (0)1 57 75 10 86
Mobile:  33 (0)6 14 54 13 18
tinekehv@microsoft.com

**From:** Stijn Nauwelaerts <stijnna@microsoft.com>
**Sent:** 21 June 2020 20:24
**To:** Jean-Philippe Courtois <jeanc@microsoft.com>; Tineke Hermet-Veldhuis <tinekehv@microsoft.com>; Kate Steele <Heloise.Steele@microsoft.com>
**Cc:** Soraya Scott <soscott@microsoft.com>
**Subject:** RE: Latam LT call this monday

Hi JP

- [redacted]
- Cesar will also be on the call.  It is his moving day tomorrow (moves out of his house) but will be available.  It would be good to thank him again for the strong work he has done during the last weeks.  I will call Cesar later today.
- Rodrigo is aware and ready to attend.  He is also ready with talking points.  When the question comes re starting date, we agreed that we say that "we are working hard to ensure Rodrigo can start as soon as possible, pending employment visa and other formalities which need to be settled".
- We need to send the invitation to the LATAM LT tonight CET, for the call to take place at 3-3:30 PM CET, 9-9:30 AM Miami.  @Tineke will you do this or do you need help?   The alias is LLT - Latam Leadership Team <latamllt@microsoft.com>.  Please can you also invite Jaime Galviz as he is not in the alias yet.  The title could be "Connection with Latam Leadership Team".   Once done, we can copy the link and send to Rodrigo (I can do that).

Stijn

**From:** Jean-Philippe Courtois <jeanc@microsoft.com>
**Sent:** Sunday, June 21, 2020 8:04 PM
**To:** Stijn Nauwelaerts <stijnna@microsoft.com>; Tineke Hermet-Veldhuis <tinekehv@microsoft.com>
**Cc:** Soraya Scott <soscott@microsoft.com>
**Subject:** Latam LT call this monday

[redacted]

Have you invited Rodrigo to the call and agree on the flow ?

[redacted]

Thx
jp

Confidential                                                                                                                                                                                              MSFT_000000783