# Exhibit 38

**From:** Jean-Philippe Courtois <jeanc@microsoft.com>
**To:** Stijn Nauwelaerts <stijnna@microsoft.com>
**Sent:** 3/30/2020 4:16:10 PM
**Subject:** RE: ██████

great

**From:** Stijn Nauwelaerts
**Sent:** Monday, March 30, 2020 5:40 PM
**To:** Jean-Philippe Courtois
**Subject:** RE: ██████

I am managing this so that we work on the 2 streams in parallel – Exec recruitment spoke to him over the weekend, he has a new role now (runs all strategic accounts globally) but is still very interested in Microsoft.  He was playing with the idea to become CEO of a company in Brazil where he is a board member (Suzano) but also realizes that the current situation is not helping.
I suggested 2 actions:

- ████████████████████████████████████████████████████
- Invite him for a Teams conversation with you, following up on the breakfast meeting you have had with him

Stijn

**From:** Jean-Philippe Courtois <jeanc@microsoft.com>
**Sent:** Monday, 30 March 2020 17:19
**To:** Stijn Nauwelaerts <stijnna@microsoft.com>
**Subject:** FW: ██████

So they are reaching out to Rodrigo ?
jp

**From:** Kate Johnson <Kate.Johnson@microsoft.com>
**Sent:** Monday, March 30, 2020 4:33 PM
**To:** Jean-Philippe Courtois <jeanc@microsoft.com>
**Subject:** RE: ██████

Hi JP,

████████████████████████████████████████████████████

████████████████████████████████████████████████████

Thank you for reaching out.
Kate

**From:** Jean-Philippe Courtois <jeanc@microsoft.com>
**Sent:** Monday, March 30, 2020 5:57 AM
**To:** Kate Johnson <Kate.Johnson@microsoft.com>

PRELIMINARY INJUNCTION HEARING

**JX-146**

7:20-cv-04573

**Subject:** ▮

Hi Kate

Hope you're doing well and your beloved ones too

Thx
jp

Confidential