# Exhibit A

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
INTERNATIONAL BUSINESS        )
MACHINES CORPORATION,         )
                              )
            Plaintiff,        )  20 Civ. 4573
                              )
         vs.                  )
                              )
RODRIGO KEDE DE FREITAS LIMA, )
                              )
            Defendant.        )
------------------------------)
```

\* CONFIDENTIAL \*

VIDEOTAPED DEPOSITION OF DIANE GHERSON

Via Videoconference

Ridgefield, Connecticut

Tuesday, July 7, 2020

Reported by:

KRISTIN KOCH, RPR, RMR, CRR

JOB NO. 181518

Page 2

1
2
3
4          July 7, 2020
5          10:44 a.m.
6
7
8      Videotaped Deposition of DIANE
9  GHERSON, Via Videoconference, before
10 Kristin Koch, a Registered Professional
11 Reporter, Registered Merit Reporter,
12 Certified Realtime Reporter and Notary
13 Public of the State of New York.
14
15
16
17
18
19
20
21
22
23
24
25

Page 55

 1            D. Gherson - Confidential
 2   them and then it's their team.  Beyond that we
 3   have accounts that we have dedicated -- people
 4   are dedicated to, but it wouldn't be solely
 5   dedicated to.
 6        Q.   Okay.  And do you have an idea of
 7   how many PEP accounts there are?  I understand
 8   there are 77 integrated accounts.  How many --
 9   do you know how many PEP accounts there are?
10        A.   I don't know.
11        Q.   Okay.  Do you know the level of
12   contact that someone like Mr. Lima is expected
13   to have with a PEP account?
14             MS. VELAZQUEZ:  Objection to form.
15        A.   Yes, we actually fill out reports on
16   that on a regular basis.  We get asked for
17   updates on our relationships and contacts and
18   so forth, but it's -- you know, it's -- for
19   anyone like Rodrigo who is in constant contact
20   with clients, it's an easy -- it's an easy ask,
21   because, you know, they are constantly -- they
22   are constantly working with them anyway.
23        Q.   Okay.  What was your understanding
24   of Mr. Lima's performance as an employee of
25   IBM, were you aware of any performance issues?

Page 56

1        D. Gherson - Confidential

2            MS. VELAZQUEZ:  Objection to form.

3            You can answer.

4       A.   Rodrigo was a very strong performer.

5            MR. McQUADE:  I think it sounds like

6       Liza was breaking off there.  We got --

7       it's on the record.  We have an objection.

8       Okay.

9            MS. VELAZQUEZ:  Okay, good.  Thank

10      you.

11      A.   Okay.

12      Q.   I will rephrase the question.  I

13 will rephrase the question for you.

14           Were you aware of any performance

15 problems with Mr. Lima?

16           MS. VELAZQUEZ:  Objection to the

17      form.

18           You can answer.

19      A.   Yeah, I don't -- I don't think of

20 about -- as the person having performance

21 problems.  I think of them as having either

22 developmental issues that they need to overcome

23 or not being -- not having skills that are

24 aligned to a role, and for someone with his

25 high potential, that was definitely the way I

Page 63

1    D. Gherson - Confidential
2    A.    I did.  I sign all of them.
3    Q.    You do sign all of them?
4    A.    Yes.
5    Q.    And are you familiar with the
6    history of the IBM non-compete agreements
7    before you assumed the role as chief human
8    resources officer?
9          MS. VELAZQUEZ:  Objection to form.
10   A.    Somewhat.  In my role in head of
11   compensation benefits I was more involved in
12   it.  So and, of course, as a member of the
13   leadership team, the HR leadership team, I was
14   aware.
15   Q.    When did -- when did IBM start -- do
16   you know when IBM first started requiring
17   employees to sign non-competition agreements?
18   A.    No.  That I don't know.
19   Q.    Okay.  Do you know which -- today
20   which employees are required to sign the
21   agreement, are all IBM employees required to
22   sign a non-competition agreement?
23         MS. VELAZQUEZ:  Objection to form.
24   A.    No.  The --
25   Q.    Are there certain categories of

Page 64

1          D. Gherson - Confidential
2    employees that are required to sign it?
3         A.    Yes.
4               MS. VELAZQUEZ:  Objection to form.
5         A.    There -- only our very senior
6    executives are signing them, so this would be
7    members of the acceleration team and anyone who
8    is receiving performance share units in their
9    equity, which would be a Band C level.
10              THE COURT REPORTER:  I'm sorry.
11        Which would be --
12              THE WITNESS:  A Band C level.
13              THE COURT REPORTER:  Okay.  And
14        Ms. Gherson, could I just remind you to
15        please pause for just a beat so that your
16        attorney can object if she needs to.  Thank
17        you.
18        Q.    So Band C level employees are
19   required to sign non-competition agreements
20   currently?
21        A.    Yes, I believe so.
22        Q.    And your Band A and Band B employees
23   also are required to sign a non-competition
24   agreement?
25        A.    Yes.

Page 65

1      D. Gherson - Confidential

2      Q.    Are there any employee categories
3  above a category A?
4      A.    Yes.  There is the senior vice
5  president.  I should amend it.  It's Band Cs
6  who are members of the acceleration team who
7  have to sign it.  And there aren't that many of
8  those, but they are Band C, so there are some
9  Band Cs and then Band Bs, Band As, and then the
10 senior vice presidents.
11     Q.    Do you know how many total employees
12 are required to sign it?  Or another way to ask
13 that question is how many Band C who are
14 acceleration team employees are there at IBM?
15           MS. VELAZQUEZ:  Objection to the
16     form.
17           You can answer.
18     A.    Well, there are 330 members of the
19 acceleration team, so it's around that number.
20     Q.    Okay.  The acceleration team is 330.
21 Do you know how many Band A, B and C employees
22 there are in total?
23     A.    Yes, Band A is around 70 to 80.
24     Q.    Band B --
25     A.    I don't know Band B.

Page 68

1          D. Gherson - Confidential
2      A.    Only if they signed -- I know of a
3  couple that have signed a different kind of
4  non-compete by virtue of an acquisition.
5      Q.    Okay.  So and everyone signs the
6  same standard form non-compete agreement; is
7  that correct?
8            MS. VELAZQUEZ:  Objection to the
9      form.
10           You can answer.
11     A.    As I indicated --
12     Q.    In the -- I should clarify.  All
13 U.S.-based employees sign the same form
14 non-compete agreement?
15     A.    I -- I believe so.
16     Q.    Are you aware of any executives who
17 negotiated different language for their
18 non-compete agreement?
19     A.    I know of none.
20     Q.    So I think you testified earlier
21 that one of your roles was as a VP of talent.
22     A.    Yes.
23     Q.    Is that correct?  And as VP of
24 talent, what did that role entail, was that
25 recruiting, was it retention?

Page 164

1      D. Gherson - Confidential

2  relying upon IBM Confidential Information to

3  which you had access by virtue of your job

4  duties or other responsibilities with IBM.

5           Do you see that?

6      A.   Yes, I do.

7      Q.   Okay.  And paragraph 1(e)

8  starting -- if you go to the fourth line of

9  1(e), there is a clause that starts with "if

10 performing the duties and responsibilities" and

11 continues on.  Is that the new language that

12 you were referring to that was added to the

13 non-competition agreement for U.S. Band A, B

14 and C employees?

15     A.   Yes, that's right.

16          MS. VELAZQUEZ:  Objection to form.

17     A.   I was particularly -- I was focused

18 on "intentionally or unintentionally using,

19 disclosing, or relying upon," that -- that

20 piece, that's the part that I remember as being

21 a narrower construction based on evolving case

22 law.

23     Q.   Okay.  So in order to breach the

24 non-competition agreement, an employee like

25 Mr. Rodrigo has to accept a position with a

Page 165

1    D. Gherson - Confidential

2    company such as, for example, Microsoft where

3    he would intentionally or unintentionally use,

4    disclose or rely upon IBM confidential

5    information to which he had access by virtue of

6    his job duties or other responsibilities with

7    IBM; is that right?

8        A.    Yes.

9              MS. VELAZQUEZ:  Objection to the

10       form.

11       Q.    Okay.  Were there any other changes

12   that were made to the agreement?

13             MS. VELAZQUEZ:  Objection to form.

14       A.    There may have been.  I -- again, I

15   was not in the job at that point, so I was not

16   closely associated with the changes.  I'm sure

17   there -- there were others.

18       Q.    Okay.  Do you know why IBM presented

19   Mr. Lima with a non-competition agreement in --

20   well, he signed it in December of 2019?

21             MS. VELAZQUEZ:  Objection to the

22       form.

23             You can answer.

24       A.    I could only speculate it was

25   because he became a U.S. employee and,