# Exhibit B

Page 1

```
 1  UNITED STATES DISTRICT COURT
 2  FOR THE SOUTHERN DISTRICT OF NEW YORK
 3  ------------------------------------x
 4  INTERNATIONAL BUSINESS MACHINES
 5  CORPORATION,
 6
 7          Plaintiff,
 8
 9      v.                Case No.
10                        7:20-CV-04573
11
12  RODRIGO KEDE DE FREITAS LIMA,
13
14          Defendant.
15  ------------------------------------x
16  *****HIGHLY CONFIDENTIAL*****
17         VIDEOCONFERENCE/VIDEOTAPED
18              DEPOSITION OF
19               RANDY WALKER
20
21               JULY 8, 2020
22  Reported by:
23  Mark Richman, CSR, RPR, CM
24  Job No. 181525
25
```

```
 1                    JULY 8, 2020
 2                    10:25 A.M.
 3
 4
 5
 6         VIDEOCONFERENCE/VIDEOTAPED DEPOSITION of
 7   RANDY WALKER, New York, before MARK RICHMAN, a
 8   Certified Shorthand Reporter, Registered
 9   Professional Reporter and Notary Public of the
10   State of New York
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 33

```
 1        WALKER (HIGHLY CONFIDENTIAL)
 2   together both when I was in my, in Asia
 3   in my GLU role when he was in Latin
 4   America.  So we've had a collegial
 5   relationship, you know, for probably 15
 6   years.
 7   Q.    Would you consider him a friend?
 8   A.    I would consider him as a, as my
 9   colleague that I worked closely with
10   together.  I consider my colleagues as a
11   colleague and a friend, yes.
12   Q.    As a colleague and a friend, do
13   you think he's trustworthy?
14   A.    I do.
15   Q.    Do you think he's honest?
16   A.    I do.
17   Q.    Do you think he's an honorable
18   person?
19   A.    I do.
20   Q.    Do you think he has integrity?
21   A.    I do.
22   Q.    Has Mr. Lima ever spoken to you
23   about his family?
24   A.    No.
25   Q.    When did you first learn that Mr.
```

1    WALKER (HIGHLY CONFIDENTIAL)
2   includes products, that includes all
3   aspects of our business.
4   Q.    Understood.  And services I think
5   I heard you say represents approximately
6   60 percent of IBM's total revenue; is
7   that correct?
8   A.    From a revenue standpoint --
9         MR. SIGNORACCI:  Objection to
10   form.
11  A.    -- that is correct.
12  Q.    And who does IBM consider as
13  competitors in the services space?
14        MR. SIGNORACCI:  Objection to
15   form.
16  A.    We consider, we have strategic
17  competitors in multiple areas.  We would
18  see that, and it's not as simple as one
19  versus the other, our competitors tend
20  to partner with each other.  So when
21  we're competing on a large services deal
22  today, our competition for the most part
23  would typically be Microsoft partnered
24  with an Accenture, you know, AWS, you
25  know, partnered with a third party SI.

Page 137

1     WALKER (HIGHLY CONFIDENTIAL)
2  a couple of deals and they needed
3  assistance and I asked him to engage
4  with them with the client to help out.
5  So I know he helped and did that.
6     Q.    You asked Mr. Lima to engage
7  directly with a client of IBM's in Latin
8  America?
9     A.    Yes.
10    Q.    And what client, which client was
11 that?
12    A.    It was Bradesco and Itaú and we
13 needed some help on both of those.
14    Q.    And those are both IBM enterprise
15 integrated accounts, correct?
16    A.    Correct.
17    Q.    What is an IBM account plan?
18    A.    An IBM account plan sets forward
19 the strategy for the account for IBM.
20 So we look at it us what the overall
21 strategy, what is the competitive
22 situation in the account.  What is the
23 relationship map that we have into the
24 account.  And then it goes into the
25 financials aspects of each of the

1  WALKER (HIGHLY CONFIDENTIAL)
2  accounts, the growth plans, you know,
3  for the next three years.
4      Then you get specifically as part
5  of that what is our, for our key
6  initiatives what are our key initiative
7  win plans. So for each one of the
8  accounts we would have what is your
9  hybrid cloud strategy and win plan
10 versus the competition.
11     We would have a AI and data
12 strategy and win plan. You would have
13 security, win plans for those.
14     So it would be overall how we're
15 doing on the account, our overall
16 strategy for the account, the
17 competitive situation, the plan of how
18 we would go about it both short term and
19 long term, and, you know, who are the
20 key client members that we would need
21 and who from the IBM team would we want
22 to engage with on those.
23 Q.   How often are these plans
24 updated?
25 A.   Formally, once a year. Formally,

Page 139

1  WALKER (HIGHLY CONFIDENTIAL)
2  once a year.
3  Q.   Who updates those plans?
4  A.   The owners of those plans are the
5  account leaders, the managing directors.
6  Q.   Was Mr. Lima ever responsible for
7  creating or updating those plans?
8       MR. SIGNORACCI:  Object to form.
9   All of his managing directors were.
10   He was not a managing director so he
11   would not create account plan but he
12   would review all of the account
13   plans.
14  Q.   Do you know for a fact that Mr.
15  Lima reviewed all 77 account plans on an
16  annual basis?
17       MR. SIGNORACCI:  Object to form.
18  A.   I do not.
19  Q.   Okay.  If I could turn your
20  attention to again paragraph 6, page 30,
21  the fourth bullet point.  This case you
22  say in your declaration that Mr. Lima
23  has firsthand knowledge of, among other
24  things, IBM's business, financial growth
25  and investment plans for its global

1    WALKER (HIGHLY CONFIDENTIAL)
2    discussed in the breakout sessions?
3         MR. SIGNORACCI:  Object to form.
4    A.    I'm not going to go through in
5    detail a meeting that we had five months
6    ago.  So, yes, I've told you where we
7    were.
8    Q.    Is that because you can't
9    remember the details of that meeting you
10   had five months ago?
11        MR. SIGNORACCI:  Object to form.
12   A.    That means for any meeting that
13   I've had five months ago, I wouldn't be
14   able to go in and verbatim discuss the
15   details of all the discussions that we
16   had over a two-day period.
17   Q.    And that's because you can't
18   recollect it, correct?
19        MR. SIGNORACCI:  Object to form.
20   A.    I've given you my recollection of
21   what the meeting was about.
22   Q.    Okay.  So in paragraph 22 C of
23   your declaration, it says "Mr. Lima
24   reviewed and developed materials for
25   IBM's annual business plans, projections