# Exhibit F

Thousands of IBM US jobs likely cut as new CEO Arvind Krishna sharpens firm's focus
Case 7:20-cv-04573-PMH-PED   Document 94-6   Filed 09/11/20   Page 2 of 14

☰ e-Paper  | Sunday Chronicle   ☐ Auto Refresh

| Corporate Insolvency Resolution Process

Sunday, Jul 12, 2020  |  Last Update : 06:49 PM IST

🏠  Nation   World   South   Entertainment   Sports   Technology   Lifestyle   Gallery   Business   Opinion

More... ⌄

110th Day Of Lockdown



LIMA_000001144

https://www.deccanchronicle.com/technology/in-other-news/230520/thousands-of-ibm-us-jobs-likely-cut-as-new-ceo-arvind-krishna-sharpens.html[7/12/2020 9:19:53 AM]



🏠 » Technology » Other News » 23 May 2020 » Thousands of IBM US …

TECHNOLOGY, IN OTHER NEWS

# Thousands of IBM US jobs likely cut as new CEO Arvind Krishna sharpens firm's focus

**AP**
Published May 23, 2020, 7:36 pm IST    Updated May 23, 2020, 7:36 pm IST

*The company will eliminate software and services that don't align with its top two focus areas: cloud computing and artificial intelligence.*

LIMA_000001145

https://www.deccanchronicle.com/technology/in-other-news/230520/thousands-of-ibm-us-jobs-likely-cut-as-new-ceo-arvind-krishna-sharpens.html[7/12/2020 9:19:53 AM]


IBM has struggled to compete with top cloud rivals Amazon, Microsoft and Google.

**Armonk, New York**: IBM told the Wall Street Journal it is laying off an undisclosed number of workers across the U.S.

IBM representatives didn't return numerous calls and emails Friday to confirm the job cuts, which were also reported by Bloomberg.



The already-struggling tech giant's new CEO Arvind Krishna warned investors last month of uncertainty caused by the COVID-19 pandemic, saying the company made a "tough

LIMA_000001146

decision" to withdraw revenue projections for the rest of 2020. The Armonk, New York company reported a 3.4% revenue decline in the January-March quarter from the same time last year, blaming it in part on how the coronavirus outbreak was affecting sales.

The Journal said IBM's job cuts could number in the thousands, citing an unnamed person familiar with the company's plans. IBM had about 352,600 employees worldwide as of December 31, according to its annual report. Krishna said in April that more than 95% of them were working remotely.



It is the latest example of the pandemic hitting the tech industry, even as demand rises for online services and computing power to help home-bound people work, learn and entertain themselves online. Hewlett Packard Enterprise announced planned cutbacks Thursday that are likely to cost jobs and reduce salaries.

These would be IBM's first big layoffs under Krishna, who on April 6 replaced outgoing CEO Ginni Rometty. Rometty remains IBM's executive chairwoman through the end of the year.

LIMA_000001147

Krishna said in April at his first quarterly earnings call as CEO that the company will continue to eliminate software and services that don't align with IBM's top two focus areas for growth: cloud computing and artificial intelligence.



Once a household name for its personal computers, IBM shed its PC business in 2005 and has since become focused on supplying software services to big businesses, governments and other organizations. It worked to strengthen its cloud computing business under Rometty but has struggled to compete with top cloud rivals Amazon, Microsoft and Google.

Krishna spoke optimistically earlier in May about how the 110-year-old company could weather the pandemic.

**Click on Deccan Chronicle Technology and Science for the latest news and reviews. Follow us on Facebook, Twitter.**

...
**Tags:** ibm, cloud computing, artificial intelligence (ai), google, microsoft, amazon



LIMA_000001148



TMAGAC

## LATEST FROM TECHNOLOGY



User experience key if desi apps hope...

With India's anti-China push, Ericsson...

Tech This Week | Data is not national...

Teens caught sharing child porn...



Sunday, July 12, 2020, 6:49 PM IST

Sun 12/07

All

Live

Finished

Upcoming

My Matches

GMT -11

LIMA_000001149

Advertisement

Advertisement

Comments (0)

Write a comment

Search...

Be the first to comment

**TALK OF THE TOWN**



Ashok Gehlot: BJP trying to topple Rajasthan regime; police to probe charge

6 Comments

LIMA_000001150





**Dogs Often Hide Signs of Illness —**
Dr. Marty Nature's Blend |
Sponsored



**These SUVs Are So Cool It's Hard to**
SUV |
Sponsored

**The bold confidence of switching and**
Progressive | Auto Insurance Quotes |
Sponsored

**Why Is Everybody Snapping Up This New $49**
OshenWatch |
Sponsored

**5 Online Dating Sites That Actually Work**
Top 5 Dating Sites |
Sponsored



**1 Cup of This Helps Rapid Fat Loss**
Metabolic Greens Plus |
Sponsored



**U.S. Seniors Are Wearing New $49**
OshenWatch |
Sponsored



**East Liverpool Democrats: Are You**
Biden Victory Fund |
Sponsored

LIMA_000001151

https://www.deccanchronicle.com/technology/in-other-news/230520/thousands-of-ibm-us-jobs-likely-cut-as-new-ceo-arvind-krishna-sharpens.html[7/12/2020 9:19:53 AM]



#### How To Properly Empty Your Bowels Every Morning - Top
Gundry MD |

Sponsored



#### New Method Traces Ancestry Back Thousands of Years
CRI Genetics |

Sponsored



#### East Liverpool: Why Are People Snapping
Trending AC unit |

Sponsored



#### Randy Jackson: "This Drink Is Like A
Unify Health Labs Multi-GI 5 Sup |

Sponsored



#### Passengers Show Exactly How Not To
Drivepedia |

Sponsored



#### Fresh twist to Sathankulam video
Deccan Chronicle



#### GVK, son in CBI net for Rs 705 crore airport scandal
Deccan Chronicle

ADVERTISEMENT

MOST POPULAR

When the wild world beckons



The Covid-19 pandemic has hit

LIMA_000001152




the fashion industry hard


When the boss video calls you at an odd hour, is it sexual harassment?


Why it's not easy to take facial recognition software off police's arsenal


Waqyanawis | New ASG in town may spell trouble for Congressmen


Here are Indian alternatives to the 59 banned Chinese apps

**You May Like**  Promoted Links by Taboola


**Dogs Often Hide Signs of Illness — Look For These Clues Instead**
Dr. Marty Nature's Blend


**Fresh twist to Sathankulam video**

## Today's Refinance Rate
**2.53% APR** 15 Year Fixed

Select Loan Amount

$225,000

Terms & Conditions apply
NMLS#1136

Calculate Payment

LIMA_000001153



### These SUVs Are So Cool It's Hard to Believe They Cost Under $25K! Search For Best

SUV



### GVK, son in CBI net for Rs 705 crore airport scandal



### The bold confidence of switching and saving.

Progressive | Auto Insurance Quotes



### Actress Shamna Kasim extortion case: Police nabs hairstylist

## MORE FROM OTHER NEWS

Encouraging operators not to use Huawei for 5G, France cybersecurity head says

Uber buys US delivery startup Postmates to add to its Uber Eats business

LIMA_000001154

https://www.deccanchronicle.com/technology/in-other-news/230520/thousands-of-ibm-us-jobs-likely-cut-as-new-ceo-arvind-krishna-sharpens.html[7/12/2020 9:19:53 AM]



S Korean who sold 250,000 child porn videos for Bitcoin won't be extradited to US

Israel passes law allowing tracking of COVID infected persons' phones

Tech This Week | Banning TikTok is another nail on coffin of internet exceptionalism

ADVERTISEMENT





LIMA_000001155

Search

HOME  ASIAN AGE  ANDHRABHOOMI  FINANCIAL CHRONICLE  ABOUT US  CONTACT US  CLASSIFIEDS  BOOK CLASSIFIEDS  FEEDBACK  CAREERS  E-PAPER  PRIVACY POLICY

Copyright © 2015 - 2020 Deccan Chronicle.

Designed, Developed & Maintained By Daksham