# Exhibit J

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   ------------------------------------------X
     INTERNATIONAL BUSINESS MACHINES CORPORATION,
 4
                                     Plaintiff,
 5
                 v.
 6
     RODRIGO KEDE DE FREITAS LIMA,
 7
 8                                   Defendant.
     ------------------------------------------X
 9   Case No. 7:20-CV-04573

10

11           VIDEOTAPED DEPOSITION OF

12               PAUL HOLLOWAY

13            Thursday, July 9, 2020

14

15

16

17

18

19

20   Reported by:

21   Rebecca Schaumloffel, CLR, RPR, CCR-NJ

22   Job No:  181557

23

24

25
```

...

1

2

3

4                    July 9, 2020

5                    2:31 p.m.

6

7

8

9          Videotaped deposition of PAUL

10   Holloway, held remotely via LiveLitigation,

11   before Rebecca Schaumloffel, a Certified

12   Livenote Reporter, Registered Professional

13   Reporter, Certified Court Reporter of New

14   Jersey, and Notary Public of the States of

15   New York, New Jersey, Delaware, and

16   Pennsylvania.

17

18

19

20

21

22

23

24

25

Page 26

1         P. HOLLOWAY
2    A.   Yes.
3    Q.   Have you directed anyone to gather
4 information to prepare for your deposition
5 today?
6    A.   So when I had the conversations
7 with my colleagues, we talked through some of
8 the timelines, as I've already said, but
9 that's the extent of it.
10   Q.   Let's mark as the next document
11 tab 3.
12        (Whereupon, HOLLOWAY Exhibit 3,
13    LIMA'204 was marked for identification
14    as of this date by the Reporter.)
15        MS. VELAZQUEZ:  This is going to
16    be Holloway Exhibit 3.
17   Q.   If you just want to take a moment
18 to review the document and let me know if you
19 have questions or when you are ready to
20 answer questions.
21   A.   Yes, I have reviewed.
22   Q.   Okay.  And do you recognize this
23 to be an email from Laura Leech to Mr. Lima
24 dated February 6, 2019?
25   A.   Yes.

Page 27

1                    P. HOLLOWAY
2       Q.     And for the record this bears
3  Bates LIMA '204.  Did Ms. Leech report to you
4  at the time of this email?
5       A.     No.
6       Q.     Okay.  Who does she report to?
7       A.     Shannon Urion.
8       Q.     And does Ms. Urion report up to
9  you?
10      A.     No.  She reports to Cortney Erin.
11      Q.     Okay.  In this email, Ms. Leech
12 writes, "Our team is well aware of you and
13 your strong reputation."
14             Do you see that, Mr. Holloway?
15      A.     Yes.
16      Q.     And who is the team that she is
17 referring to?
18      A.     The global executive talent
19 acquisition team.
20      Q.     How did Microsoft become aware of
21 Mr. Lima's strong reputation.
22      A.     I don't know specifically about
23 this candidate and how we became aware of his
24 reputation.  I can tell you that we have a --
25 an understanding for who our competitors are

Page 37

1              P. HOLLOWAY

2     meetings.

3          Q.    And why was Mr. Lima selected to

4     interview with the President of Microsoft US?

5          A.    So for context, we identify

6     candidates in the market who we think could

7     add value to Microsoft and who could enjoy a

8     career at Microsoft.  And we go through a set

9     of meetings where we can help them understand

10    our work and what it looks like at Microsoft,

11    we can also do some assessments of them as

12    well.  And Kate Johnson is certainly one of

13    the leaders who we use for those types of

14    meetings.  And that's why we would have

15    proposed that he meet with her.  And she is

16    also one of our hiring managers in the

17    commercial side of our business.  So if

18    opportunities come up, she may well be

19    involved in those.

20         Q.    At this time, was Microsoft

21    considering potential roles for Mr. Lima in

22    Microsoft US?

23         A.    So for the way that we -- the way

24    that we approach these types of interactions

25    with candidates, we take a candidate first

```
                                                        Page 38
 1                   P. HOLLOWAY
 2    approach and we socialize with the candidate
 3    and we get to understand their career
 4    motivations, their strengths, etc.  What --
 5    usually, at the time, there will be a small
 6    number of roles which we may be hiring for.
 7    And it may well be that there was a role that
 8    we thought he might be good for.
 9              But this wasn't a case necessarily
10    of there is one particular role.  There may
11    have been like a kind of get-to-know-you set
12    of interviews which then we follow on with
13    particular roles.  So there were most likely
14    a couple of roles that we would have brought
15    up at the time that may or may not have been
16    a fit and that we would have been assessing
17    other candidates for as well.
18         Q.   Okay.  Is it fair to say that Mr.
19    Lima was selected to interview with the
20    President of Microsoft US for potential
21    future roles at Microsoft US?
22         A.   So potentially, yes.  But, also,
23    Ms. Johnson would have been a good person to
24    assess his general leadership style for roles
25    across Microsoft geographies.
```

```
                                                      Page 51
 1                    P. HOLLOWAY
 2       LIMA'306 was marked for identification
 3       as of this date by the Reporter.)
 4             MS. KELLER:  I am in the process
 5       of logging on.  I got kicked off
 6       again.  I will bring up tab 9 as soon
 7       as I am back on.
 8       Q.    I apologize, Mr. Holloway.  It's
 9   the state of the world now.
10             MS. KELLER:  You should be able
11       to see it now.
12             MS. VELAZQUEZ:  Yeah, thank you,
13       Andrea.
14       Q.    This is LIMA'306.  It's an email
15   from Vera Andrews to Rodrigo Lima, copying
16   Laura Leech and herself.  And the subject
17   line is, "Confirming June 13-14 trip to
18   Redmond.  And need your travel records."
19             Do you see that, sir?
20       A.    Yes.
21       Q.    Did you review this document in
22   preparation for your deposition?
23       A.    I can't recall.
24       Q.    And you see on the schedule here
25   it has Mr. Lima to meet with Sue Bevington at
```

Page 52

1        P. HOLLOWAY

2   8:30 in the morning on May 17, 2019 in New

3   York City.  Do you see that?

4        A.    Yes.

5        Q.    Did that meeting occur?

6        A.    As far as I know, yes.

7        Q.    Okay.  You are designated as

8   Microsoft's corporate representative on Mr.

9   Lima's recruitment, correct?

10       A.    Yes.

11       Q.    And this email also goes on to

12  interview -- to confirm other interviews at

13  Microsoft headquarters on June 13th and 14th.

14  Do you see that?

15       A.    Yes.

16       Q.    And at least at this point, Mr.

17  Lima was scheduled to meet with Kate Johnson,

18  the President of Microsoft US.

19             Do you see that?

20       A.    Correct.

21       Q.    And Chris Weber, the Corporate

22  Vice President of Microsoft Small, Medium &

23  Corporate Commercial Segments Worldwide,

24  correct?

25       A.    Yes.

```
                                                  Page 53
 1                  P. HOLLOWAY
 2        Q.   And Justin Althoff, Executive Vice
 3   President of Worldwide Commercial Businesses?
 4        A.   Correct.
 5        Q.   And Satya Nadella, Microsoft's
 6   CEO?
 7        A.   Correct.
 8        Q.   He is also scheduled to meet at
 9   this time with Scott Guthrie, Executive Vice
10   President for Cloud and Enterprise at
11   Microsoft, correct?
12        A.   Yes.
13        Q.   That's an impressive list, would
14   you agree?
15        A.   This is a list of our leaders,
16   yes.
17        Q.   Okay.  And how many interview
18   candidates a year meet with a list of this
19   caliber?
20        A.   That's a good question.  I don't
21   have those figures to hand, but our leaders
22   meet a lot of candidates.  We represent a lot
23   of candidates to our senior leaders.  So it's
24   not out of the ordinary for an executive to
25   meet the leaders at this level.
```